UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY RIVARD,  )
    Plaintiff,  )   CIVIL ACTION NO.:
  )   04-40247 FDS
  )
v. )
  )
HOME DEPOT U.S.A., INC. )
    Defendant. )

## HOME DEPOT USA, INC.'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Home Depot U.S.A., Inc. is a subsidiary of Home Depot International, Inc. Home Depot International is the parent company of Home Depot, U.S.A., Inc. and owns 100% of its capital stock.

Dated: April __8__, 2005

    HOME DEPOT USA, INC.
    By its attorneys,
    CAMPBELL CAMPBELL EDWARDS & CONROY,
    PROFESSIONAL CORPORATION,

    _____
    James M. Campbell (BBO# 541882)
    Christopher A. Callanan (BBO# 630649)
    One Constitution Plaza
    Boston, MA 02129
    (617) 241-3000

## CERTIFICATE OF SERVICE

I, Christopher A. Callanan, hereby certify that I have on April __8__, 2005, served a true and correct copy the above document on counsel for all parties by first class mail.

John L. Rancone
Rancone Law Offices, P.C.
142 Main Street
Leominster, MA 01453

_____
Christopher A. Callanan