UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARY RIVARD, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | 04-40247 FDS |
| | ) | |
| v. | ) | |
| | ) | |
| HOME DEPOT U.S.A., INC. | ) | |
| Defendant. | ) | |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, this certifies that counsel and an authorized representative of Home Depot USA, Inc., have conferred regarding the following issues:

1.  A budget for the cost of litigating this matter through trial or other resolution; and

2.  Consideration of alternative forms of dispute resolution at the appropriate time during the case.

Dated: April 8th, 2005

Respectfully submitted,

An Authorized Representative of
Home Depot USA, Inc.

Name: Sandra Wilkerson

Title:   Litigation Paralegal

Attorneys for Home Depot USA, Inc.

James M. Campbell (BBO# 541882)
Christopher A. Callanan (BBO# 630649)
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Plaza
Boston, Massachusetts, 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Kenneth M. Robbins, hereby certify that I have on April 12, 2005 served a true and correct copy the above document on counsel for all parties by first class mail.

John L. Rancone
Rancone Law Offices, P.C.
142 Main Street
Leominster, MA 01453

_____
Christopher A. Callanan