UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY RIVARD )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　 )<br>HOME DEPOT U.S.A., INC. )<br>　　　　Defendant. )<br>　　　　　　　　　　　　　 ) | CIVIL ACTION<br>NO.:　04-40247 FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher R. Conroy of the law firm of Campbell Campbell Edwards & Conroy, P.C. as counsel for Defendant, Home Depot USA (CRC), Inc., in the above-captioned matter.

　　　　　　　　　　HOME DEPOT U.S.A., INC.

　　　　　　　　　　By its attorneys,
　　　　　　　　　　CAMPBELL CAMPBELL EDWARDS
　　　　　　　　　　& CONROY, P.C.

　　　　　　　　　　_____
　　　　　　　　　　Christopher R. Conroy (BBO No. 661155)
　　　　　　　　　　One Constitution Plaza
　　　　　　　　　　Boston, MA 02129
　　　　　　　　　　(617) 241-3000

## CERTIFICATE OF SERVICE

I, Christopher R. Conroy, hereby certify that on April 14, 2005, I served the within document by hand, to:

John L. Roncone, Esquire
142 Main Street
Leominster, MA 01453

_____
Christopher R. Conroy