UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER DIVISION                          C.A. NO. 04CV40247-FDS

MARY RIVARD,                )
        Plaintiff   )
vs.                         )
                            )
HD DEVELOPMENT OF           )
MARYLAND, INC.,             )
        Defendant   )

**LOCAL RULE 16.1(D)(3) CERTIFICATION**

I, John L. Roncone, III, as counsel for plaintiff, Mary Rivard, certify that I have had the opportunity to discuss with Ms. Rivard the costs of conducting litigation, alternative courses of litigation, and the potential use of alternative dispute resolution programs.

MARY RIVARD,
By her Attorney,

_____
John L. Roncone, III, BBO # 559944
RONCONE LAW OFFICES, P.C.
142 Main St.
Leominster, MA 01453
(978) 534-2444

Dated: April 13, 2005

I, Mary Rivard, Plaintiff in the above-captioned matter, hereby states the above Certification was explained to me and I acknowledge receipt of the above disclosure.

Dated: 4/13/2005

_____
Mary Rivard, Plaintiff