UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40247-FDS

|  |  |
|---|---|
| MARY RIVARD, | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| HOME DEPOT, | ) |
| Defendant | ) |

AUTOMATIC REQUIRED DISCLOSURES OF PLAINTIFF, MARY RIVARD

Pursuant to Fed. R. Civ. P. 26 and Local Rule 26.2, plaintiff, MARY RIVARD,

hereby submits its automatic required disclosures.

A.    Individuals Likely To Have Discoverable Information In Support Of Plaintiff's
        Claims And Defendant's Counterclaims And Third-Party Claims

| Name | Address/Telephone | Subject Of Information |
|---|---|---|
| Mary Rivard | c/o John L. Roncone III, Roncone Law Offices, P.C., 142 Main Street, Leominster, MA 01453 | Knowledge concerning: (i) circumstances surrounding the happening of the slip and fall accident on October 14, 2002 at the Home Depot premises, Store # 2676, 135 Commercial Road, Leominster, Massachusetts; (ii) Mary Rivard's resulting injuries, medical treatment, recovery and resulting damages, (iii) Mary Rivard's damages, including pain and suffering, monetary loss and future treatment resultant to the subject slip and fall; and (iv) description of the defect upon the premises which caused Mary Rivard's fall. |

| Robert Rivard | 19 Simond Hill Road, Hubbardston, MA 01452 | Knowledge concerning: (i) circumstances surrounding the happening of the slip and fall accident on October 14, 2002 at the Home Depot premises, Store # 2676, 135 Commercial Road, Leominster, Massachusetts; (ii) Mary Rivard's resulting injuries, medical treatment, recovery and resulting damages, (iii) Mary Rivard's damages, including pain and suffering, monetary loss and future treatment resultant to the subject slip and fall; and (iv) description of the defect upon the premises which caused Mary Rivard's fall. |
| --- | --- | --- |
| Jason Carter | Store manager, Home Depot premises, Store # 2676, 135 Commercial Road, Leominster, Massachusetts | Knowledge concerning: (i) circumstances surrounding the happening of the slip and fall accident on October 14, 2002 at the Home Depot premises, Store # 2676, 135 Commercial Road, Leominster, Massachusetts; (ii) identity of co-workers/witnesses to Rivard's fall and injury. |
| Derek Grieco | Immaculate Power Sweeping LLC., 563 Mammoth Road, Pelham, NH or PO BOX 144, Londonderry, NH 03053 | Knowledge concerning (i) the condition and maintenance of the parking lot area of the Defendant's premises at the time or prior to the slip and fall incident of Mary Rivard; (ii) maintenance and sweeping routine and schedule of the maintenance of the parking lot area of the Defendant's premises; (iii) |

| U MASS Memorial Health Alliance Hospital | 60 Hospital Road Leominster, MA 01453 | Knowledge concerning (i) Mary Rivard's personal injuries as a result of slip and fall accident of October 14, 2002; (ii) medical records and bills of treatment of Mary Rivard for slip and fall accident; (ii) prognosis for future medical treatment |
|---|---|---|
| Edward Kamens, MD | Leominster Hospital Medical Building 50 Memorial Drive, Ste 214 Leominster, MA 01453 | Knowledge concerning (i) Mary Rivard's personal injuries as a result of slip and fall accident of October 14, 2002; (ii) medical records and bills of treatment of Mary Rivard for slip and fall accident; (ii) prognosis for future medical treatment |
| Cheong H. Kim, MD | Leominster Hospital Medical Building 50 Memorial Drive, Ste 212 Leominster, MA 01453 | Knowledge concerning (i) Mary Rivard's personal injuries as a result of slip and fall accident of October 14, 2002; (ii) medical records and bills of treatment of Mary Rivard for slip and fall accident; (ii) prognosis for future medical treatment |
| Joseph Lanza, DMD | 16 Depot Square Leominster, MA 01453 | Knowledge concerning (i) Mary Rivard's personal injuries as a result of slip and fall accident of October 14, 2002; (ii) medical records and bills of treatment of Mary Rivard for slip and fall accident; (ii) prognosis for future medical treatment |

| Nicholas Manzoli, MD | Central New England Endodontics<br>100 Whalon Street<br>Fitchburg, MA 01420 | Knowledge concerning (i) Mary Rivard's personal injuries as a result of slip and fall accident of October 14, 2002; (ii) medical records and bills of treatment of Mary Rivard for slip and fall accident; (ii) prognosis for future medical treatment |
| --- | --- | --- |
| Lloyd Alderson, MD | Leominster Hospital Medical Building<br>50 Memorial Drive, Ste 211<br>Leominster, MA 01453 | Knowledge concerning (i) Mary Rivard's personal injuries as a result of slip and fall accident of October 14, 2002; (ii) medical records and bills of treatment of Mary Rivard for slip and fall accident; (ii) prognosis for future medical treatment |
| Hubbardston Family Chiropractic | 48 Gardner Road<br>Hubbardston, MA 01452 | Knowledge concerning (i) Mary Rivard's personal injuries as a result of slip and fall accident of October 14, 2002; (ii) medical records and bills of treatment of Mary Rivard for slip and fall accident; (ii) prognosis for future medical treatment |

B.    Documents.

Copies of responsive documents are provided herewith.

C.    Computation of Damages.

With respect to Mary Rivard's claims for personal injuries, Rivard anticipates presenting evidence that the damages resulting from the subject slip and fall incident will total approximately $ 175,000.00 to 225,000.00.  This calculation is based upon the pain

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40247-FDS

| | |
|---|---|
| MARY RIVARD, | ) |
|       Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| HOME DEPOT, | ) |
|       Defendant | ) |

## CERTIFICATE OF SERVICE

I, John L. Roncone, III, Esquire, hereby certify that I have served the within Automatic Required Disclosures of Plaintiff upon the Defendant, by mailing copies of same to the Defendant's attorney of record: Christopher A. Callanan, Esquire, Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Third Floor, Boston, Massachusetts, 02129, this _16th_ day of May, 2005.

John L. Roncone, III









# Sedgwick CMS

Sedgwick Claims Management Services, Inc.
P.O. Box 105166, Atlanta, GA 30348-5166
Telephone 800-253-4527 ext 19688.  Facsimile 770-384-2349

January 13, 2004

Derek Grieco
Immaculate Power Sweeping
PO BOX 144
Londonderry, NH 03053

RE:    Client:           Home Depot
       Claimant:         Mary Rivard
       Date of Loss:     10/14/02
       Claim Number:  1904151

Dear Mr. Grieco:

More specifically, the claimant alleges that she tripped over a 'piece of harden cement' in the parking lot at store #2676 located in Leominster, MA. I confirmed with the store manager, Jason Carter that the substance was concrete cement spill that had harden around 6 inches in diameter. You can reach the claimant attorney, John L. Roncone, Roncone Law Offices, 142 Main St., Leominster, MA 01453 at 978-534-2444.

My understanding that your company maintains the parking lot daily at the time by way of sweeping and cleaning the parking lot. We feel that you should have been aware of the area involved that the claimant tripped over. In accordance we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend Home Depot in this matter.

I would appreciate you advising me as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately.

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend Home Depot in this claim, please contact me immediately at (800) 253-4527, extension 81592.

Lastly, I ask that you further acknowledge receipt of by signing and immediately returning a copy of this letter to my office via facsimile to 770-384-2652. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Gary W. Garvin, PCLA
Claims Examiner III

Sedgwick CMS
Home Depot Unit

cc: John L. Roncone, Attorney

ACKNOWLEDGE & AGREED TO:

_____          _____
SIGNATURE                              DATE

_____
PRINT NAME/TITLE

Oct 14, 2002

# areham

psy was scheduled for today.
teenager was hospitalized for
ries that were not reportedly
reatening.
ies asked anyone with infor-
call State Police at 508-295-
e District Attorney's Office at
120.



AP PHOTOS

ters along the route of the

supporter George Heffron

# ccusations

tories, where he was a
board member between
990 and 1993, was pur-
ased by Corning Inc. in
03. Romney's firm, Bain
apital Inc., tripled its
vestment in the company
l worth $7.4 million.
in 1996, Damon pleaded
lty to a federal conspiracy
and defrauding, the gov-
of $25.5 million
tween 1988 and 1993. The
company paid a $119 million

## TODAY'S WEATHER    AccuWeather Inc. via AP

Pittsfield 47°/26°
Fitchburg 53°/36°
Boston 58°/36°
Springfield 56°/30°
Providence 57°/38°
Hartford 58°/33°
Hyannis 59°/36°
New London 59°/36°
New Haven 57°/37°

© 2002 AccuWeather, Inc.

### The Forecast

**Monday:** Mostly sunny and breezy. Highs in the mid 50s. North winds 15 to 25. Tonight, clear and colder. Lows near 30.

**Tuesday:** Mostly sunny. Highs in the mid 50s.

**Wednesday:** Rain likely. Windy. Highs 52 to 57. Chance of rain 80 percent.

## LOTTERY    via AP

### Massachusetts

Sunday's Daily Number: **2-8-4-1**

Payoffs based on a $1 bet:

Exact order:
All four: $4,072.
First/last three: $570.
Any two: $49.
Any one: $5.

Any order:
All four: $170.
First three: $95.
Last three: $95.

### Northern New England

Pick 3: **6-5-3** ............................................. Pic'' '' 3-2 ''''

### Saturday numbers:

Powerball: **23-26-46-49-52** ....................................
Winners: None ................................ Next expected jackpot: '' '' ''

Mass Megabucks: ................................... 1-5-10-13-25-38
Winners: None ................................ Next expected jackpot: $4.7 million

## What's open, closed on Columbus Day

**Retail Stores/Supermarkets:** Open; hours vary
**Liquor Stores:** Open
**Convenience Stores:** Open
**Restaurants/Taverns:** Open
**Pharmacies:** Open

**Registry of Motor Vehicles:** Closed in Mass.; open in N.H.
**State/County/Municipal Offices:** Closed in Mass.; open in N.H.
**Stock Market:** Open

## HE RECORD

*Oct 13, 2002*

SENTINEL & ENTERPRI

al Library

rg

Committee, 7 p.m., Brooks House
rvation Commission, 7:30 p.m., Town Hall

ster

trial Development Commission, 7 p.m.,
afety Building, 7 South St.

ham

ont Regional High School Building Com-
5 p.m., library, Oakmont Regional High
Oakmont Drive.

al Plan Committee, 7 p.m., Lyman Build-
Main St.

er

trial Development Commission, 7 p.m.,
ull
burg
ry Board of Trustees, 7:30 p.m., Ritter

burg
d Town Meeting, 7 a.m. to 5 p.m., Thomas
s Elementary School



## TODAY'S WEATHER

AccuWeather Inc. via A

| City | Temp |
|---|---|
| Pittsfield | 59°/36° |
| Fitchburg | 65° / 40° |
| Boston | 63°/48° |
| Springfield | 65°/43° |
| Providence | 69°/48° |
| Hartford | 65°/44° |
| Hyannis | 65°/51 |
| New London | 67°/48° |
| New Haven | 64°/43° |

### The Forecast

**Today:** Cloudy with a chance of rain. High in the mid-60s. Low 40 to 45.

**Monday:** Mostly sunny. High in the mid-50s. Low 30 to 35.

**Tuesday:** Mostly sunny. High in the mid-50s.

**Wednesday:** Rainy. High 50 to 55.

## LOTTERY

via A

### Massachusetts

Saturday's Daily Number: 9-6-8-3

Payoffs based on a $1 bet:

| | Exact order: | Any order: |
|---|---|---|
| All four: | $5,416 | All four: $226 |
| First/last three: | $758 | First three: $126 |
| Any two: | $65 | Last three: $126 |
| Any one: | $6 | |

### Friday numbers

MegaMillions: 9-11-17-26-41 ............................................MB: 2

Mass Cash: ............................................................10-23-24-31-3

### Northern New England

Pick 3: 0-2-2 ........................................................Pick 4: 6-8-0

Tri-State Megabucks: 2-3-23-27-28-35 ..........................bonus: 3

## What's open, closed on Columbus Da

**Retail Stores/Super-markets:** Open; hours vary

**Liquor Stores:** Open

**Convenience Stores:** Open

**Restaurants/Taverns:** Open

**Pharmacies:** Open

**Banks:** Closed in Mass.; some open in N.H.

**Post Office:** No delivery

**Schools:** Closed

**Libraries:** Closed

open in N.H.

**State/County/Munici-pal Offices:** Closed in Mass.; open in N.H.

**Stock Market:** Open

**MBTA Service:** All buses, subway, trackless trolleys on Saturday sched-ule.

**MART buses and shut-tles:** No service.

**Commuter rail and ferries:** Regular weekday schedule.



Sleep Sofas From $558 00 Queen Size

4pc Bedroom Sets Dresser/ Mirror/ Chest/ Headboard & Nightstand from $698 00

Entertainment Centers over 40 styles to choose from from $398 00

*Oct. 12, 2002*

# THE RECORD

SENTINEL & ENTERPRISE

# ostponed



SENTINEL & ENTERPRISE FILE PHOTO
Henry Favreau.

## eclusion;
## at it means

rial Bridge. Last Sunday, he spoke at an annual anti-abortion rally on Boston Common.

On Tuesday, he held a Mass in support of janitors who are striking for better wages and health care.

"I almost started crying when I saw that," former Vatican ambassador Ray Flynn said. "That's the church I grew up with ... putting the credibility of the church behind those poor janitors."

Law, who was deposed in a civil lawsuit Friday, was not available for comment, according to his spokeswoman, Donna Morrissey. She said there's no design behind Law's recent appearances and noted he had appeared publicly in Canada at World Youth Day events and at the bishops' confer-

## TODAY'S WEATHER

AccuWeather Inc. via AP



### The Forecast

**Today:** Rain. High 55 to 60. Low in the lower 50s.

**Sunday:** Cloudy with a chance of rain. High 55 to 60. Low 40 to 45.

**Monday:** Partly sunny. High in the low 50s. Low in the low 30s.

**Tuesday:** Mostly clear early, then mostly cloudy with a chance of rain. High in the low 50s.

**Wednesday:** Rain likely. High in the low 50s.

## LOTTERY
via AP

### Massachusetts

Friday's Daily Number: **9-9-7-4**

Payoffs based on a $1 bet:

| | Exact order: | Any order: |
|---|---|---|
| All four: | $4,932 | All four: $411 |
| First/last three: | $690 | First three: $230 |
| Any two: | $59 | Last three: $115 |
| Any one: | $6 | |

### Northern New England

Pick 3: **7-5-5** ...................................................Pick 4: **9-0-2-5**

Tri-State CashLotto: **2-9-14-20** ...................................................Wild: **5**

## ARRESTS

### Shirley

**Tuesday, Oct. 8**
Ralph E. Ricker, 44, 29 Vine St., Fitchburg, was arrested at 5 p.m. at the Shirley Police Station by Officer Peter Violette and charged with two counts of indecent assault and battery on a person under 14 years old.

### Pepperell

**Tuesday, Oct. 8**
Julius S. Lane, 22, 39 Pleasant St., Leominster, was arrested at 7:45 p.m. on Tucker Street by Det. William Greathead on a Gardner Court warrant for

charged with failure to display license plates, impeded operation of a motor vehicle, and operating a motor vehicle after license suspension.

### Boxborough

**Monday, Oct. 7**
Juan R. Rodriguez, 58, 387 Blossom St., Fitchburg, was arrested on a warrant for armed assault with intent to murder at 5:09 p.m. on Massachusetts Avenue by Officer Brett Pelley. He was also charged with operating an unregistered and uninsured motor vehicle, illegally

# RECORD

SENTINEL & ENTERPRISE

## Convicted mayor asks to delay prison date

PROVIDENCE, R.I. (AP) — Former Mayor Vincent "Buddy" Cianci Jr. asked an appeals court Thursday to allow him to remain free on bail while his corruption conviction is reviewed by the higher court.

Cianci, 61, is due to report Dec. 6 to the Elkton Federal Correctional Institution in Ohio to begin serving his five year, four month sentence for racketeering conspiracy.

St., Leominster, was arrested on warrants by Officer Jesus Morales at 7:13 p.m. on Lorchris Street.

Kenneth M. Graves, 42, 14 Argentine St., Leominster, was arrested by Officer Aaron Kennedy at 8:03 p.m. on Argentine Street and charged with assault and battery.

### Shirley

**Sunday, Oct. 6**

Shaun W. Armstrong, 23, 35 Heritage Lane, Leominster, was arrested at 2:40 p.m. on Catecunemaug Road by Officer Jack Hebert and charged with operating a motor vehicle after license suspension.

**Monday, Oct. 7**

Ian K. Jordan, 21, 34 Harvard Road, was arrested at 2:56 p.m. on Harvard Road by Officer Jack Hebert and charged with operating a motor vehicle after license suspension.

## TODAY'S WEATHER

AccuWeather Inc. via AP



### The Forecast

**Today:** Mostly cloudy. A chance of rain in the afternoon. Highs near 60. East winds 15 to 20 mph. Tonight, cloudy with a chance of rain.

**Saturday:** Rain. Highs 55 to 60. Chance of rain 80 percent.

**Sunday:** Mostly cloudy with a chance of rain. Highs near 60. Chance of rain 50 percent.

## LOTTERY

via AP

### Massachusetts

Thursday's Daily Number: **3-9-3-3**

Payoffs based on a $1 bet:

| Exact order: | Any order: |
| --- | --- |
| All four: $4,228 | All four: $1,057 |
| First/last three: $592 | First three: $197 |
| Any two: $51 | Last three: $197 |
| Any one: $5 | |

Mass Millions: **8-11-13-43-45-48**..........................................Bonus: **49**
Winners: *none*          Next expected jackpot: $5.7 million

## Northern New England

Pick 3: **6-0-6** .......................................................... Pick 4: **0-2-8-3**

## COURT

Jerry Yang, 19, 160 Plymouth St., Fitchburg, racing a motor vehicle, not responsible; negligent operation of a motor vehicle, continued without a finding to Sept. 30, 2003, $100 court costs; speeding, responsible, filed. He was charged on June 19.

Cecilia D. McCarthy, 48, 261 Litchfield St., Leominster, operating an unregistered motor vehicle, responsible, $100 fine; operating a motor vehicle with a suspended driver's license, guilty, $500 fine, $125 surfine, $50 victim-witness fee. She was charged on July 9.

the nighttime for a felony, guilty, one year in the Worcester County House of Correction, with credit for 36 days time served, to run concurrent. He was charged on Aug. 19. Breaking and entering in the nighttime for a felony, guilty, one year in the Worcester County House of Correction, with credit for 36 days time served, concurrent; motor vehicle larceny, guilty, one year in the Worcester County House of Correction, with credit for 36 days time served, concurrent; malicious destruction of property, guilty, one year in the Worcester County

He was charged on Sept. 3.

Samuel Bermudez Jr., 26, 43 Madison St., Fitchburg, trespassing, guilty, 30 days in the Worcester County House of Correction, concurrent with sentence now being served. He was charged on Sept. 23.

**Judge John J. Curran**
**Friday, Oct.4**

Mike Albano, no age given, 470 Grant St., Leominster, disobeying dog order, guilty, $25 fine; disobeying dog order, to be dismissed upon payment of $100 court costs; four other counts of disobeying dog order, dis-

Oct. 10, 2002

D

SENTINEL & ENTERPRISE

## ver bail

led behind his
nd used his radio
help, then
hind another car
ched Favreau
the cruiser and
le.
s took out his .40-
lock handgun and
ing, hitting
twice.
has pleaded not
charges of armed
ith intent to
ssault with
rape, assault and
ith a dangerous
ndecent assault
ry on a person

so charged with
firearm without
and unregistered
on.
idgun used by
vas registered to
Francis
O'Reilly said.

## injured

Gray were taken to
Gardner. Thomas
by LifeFlight heli-
r medical center,
atment for his
released.
oad was closed for

le other accidents
outh Ashburnham
ve the roadway
cident.
ently investigating
Bruce Pinto is in
reconstruction.
ached for com-

## TODAY'S WEATHER
AccuWeather Inc. via AP

Pittsfield 59°/47°

Fitchburg 65°/40°

Boston 62°/52°

Springfield 61°/49°

Providence 65°/52°

Hartford 62°/51°

Hyannis 63°/52°

### The Forecast

**Tonight:** Partly cloudy until midnight, then mostly cloudy. Low 40 to 45.

**Friday:** Cloudy with a chance of rain midday. High near 60.

**Friday night:** Occasional rain. Low 45 to 50.

**Saturday:** A chance of rain in the morning, otherwise partly cloudy. Low in the upper 40s.

## LOTTERY
via AP

### Massachusetts

Wednesday's Daily Number: **6-4-7-5**

Payoffs based on a $1 bet:

| | Exact order: | Any order: |
|---|---|---|
| All four: | $4,681 | $195 |
| First/last three: | $655 | First three: $109 |
| Any two: $66 | | Last three: $109 |
| Any one: $6 | | |

Mass Megabucks: .................................................. **3-6-17-18-22-37**
Winners: none..................................Next expected jackpot: $4.8 million
Powerball: **9-10-38-42-43**.........................................................PB: **5**

### Northern New England

Pick 3: **3-0-2** ..............................................................Pick 4: **0-9-6-0**
Tri-State Megabucks: **6-11-16-21-29-34**.........................bonus: **31**

## YOUR GOVERNMENT TODAY

### Ashburnham

Planning Board, 7 p.m., drop-in center, Fairbanks Memorial Hall, 32 Main St.

Cable Advisory Committee, 7 p.m., selectmen's office, Fairbanks Memorial Hall.

### Ashby

Capital Plan Committee, 7 p.m., Lyman Building, 895 Main St.

Zoning Board of Appeals,

7 p.m., Lyman Building.

### Fitchburg

Human Rights Commission, 5:15 p.m., Veteran's Room, City Hall, 718 Main St.

Fitchburg Airport Commission, 6 p.m., Terminal Building, Fitchburg Airport, Crawford Road.

### Lunenburg

Finance Committee, 7 p.m., Town Hall.



**IMMACULATE POWER SWEEPING, LLC**
563 Mammoth Road
Pelham, NH 03076-2131



PAID
603-598-2608

## Invoice

BILL TO

The Home Depot Maint. Dept.
2455 Paces Ferry Road
Atlanta, GA 30339
Floor C.3

| DATE | INVOICE # |
|---|---|
| 10/31/2002 | 6748 |

| P.O. NO. | TERMS | DUE DATE | PROJECT |
|---|---|---|---|
| 2676455095 | Net 45 | 12/15/2002 | Store #2676 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Leominster, MA | | |
|  | Vendor #71195855 | | |
|  | Store #2676 | | |
|  | Work order #2676455095 | | |
| 21 | Parking lot litter control sweeping for the month of October. Swept every Sun, Mon, Wed, Fri & Sat night. | 42.00 | 882.00 |

Thank you for choosing Immaculate Power Sweeping.
Please indicate invoice # with payment.

**Total**          $882.00



**Sedgwick CMS**

Sedgwick Claims Management Services
PO Box 105166, Atlanta, GA 30348-5166
800-253-4527 Facsimile 770-384-2349

January 27, 2004

John L. Roncone, Attorney
Roncone Law Offices, P.C.
142 Main Street
PO BOX 767
Leominister, MA 01453

|  |  |
|---|---|
| Re: Claimant: | Mary K. Rivard |
| Insured: | Home Depot |
| Date of Loss: | 10/14/02 |
| Claim Number: | 1904151 |

Dear Mr. Roncone:

This acknowledges receipt of your letter of January 15, 2004 and medical regarding your client, Mary Rivard. Please forward the narrative medical of Lloyd Alderson, the Neurologist and all narrative medical that we did not receive from any other treating physician. Until we receive the entire narrative medical, we will not be able to make an offer of your demand of $225,000.00.

I have tendered this claim to Derek Grieco of Immaculate Power Sweeping on January 13, 2004 which a copy was forwarded to you. We feel they should indemnify the Home Depot since they maintain the parking lots daily at the time of the incident. I request that you send your demand package to them. Also, I feel there is some comparative negligence upon your client, since the store indicated the alleged substance that she tripped over 'harden cement' was at least 6" in diameter and open and obvious if she was watching where she was going.

Thank you for your cooperation in this matter. You may reach me at 800-253-4527, ext. 81592.

● Page 2

January 27, 2004

Sincerely,

Gary W. Garvin, PCLA

Claims Examiner III

cc Derek Grieco—Immaculate Power Sweeping



**Peerless Insurance**
Member of Liberty Mutual Group

62 Maple Avenue
Keene, New Hampshire 03431
603-352-4221
1-800-542-5385

March 5, 2004

RECEIVED

MAR 1 7 2004

SCMS

Gary Garvin
Sedgwick Claims Management
PO Box 105166
Atlanta, GA  30348-5166

RE:    Our Insured:        Immaculate Power Sweeping
       Claim No.:          502285830
       Date of Loss:       10/14/02
       Claimant:           Mary Rivard
       Your Claim No.:     1904151

Dear Mr. Garvin:

Peerless Insurance Company is the general liability carrier for Immaculate Power Sweeping.  We acknowledge that on or about January 13, 2004 you placed our insured on notice for contribution in reference to the above-captioned incident.

I am kindly requesting you please forward proof of liability to my attention.  Where is the contract between Home Depot and our client that states we owe you defense and indemnity?  My understanding from speaking with our insured is that our insured is a "litter control sweeping service."  How could a litter control sweeping service possibly pick up dried cement on the ground?  If they could pick up cement on the ground, they would pick up the parking lot as well.

I am sure you can see that my initial response is to deny your claim. If you have information to that warrants a reconsideration on my part, please forward it at your earliest convenience.

Sincerely,

Melinda LaBarge
Senior Claim Representative
800-542-5385, Ext. 84600
melinda.LaBarge@peerless-ins.com

ML:eg

**CERTIFICATION UNDER MGL 23**

RE:    Name of Patient: _May Rivard_____

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION,
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY:

_Patica T Bpn_ _11/11/02_
Signature                Date

_Patricia T. Byron_
Print Name

_MARK L. Haberman, M.D._
Name of Provider/Facility

MARK L. HABERMAN, M.D.
LEOMINSTER HOSP MEDICAL BLDG
SUITE 214
LEOMINSTER MA 01453
(978) 534-6663
Fed.ID 09-7406676

MARY RIVARD                                              11/11/02
166 CHAPMAN PL
LEOMINSTER  MA  01453

Account: 06656                          Servicing Dates-
                                        10/17/02-11/11/02

                                        Patient        Insurance
Date      Proc. Diag.  Description       Amount         Amount

10/17/02  99213 414.9  EST LOW                0.00        64.00
11/04/02               Payment: MEDICARE                 42.84
11/04/02               Contract Adjustment               16.45

10/17/02  94760 414.9  PULSE OXIMETRY          0.00       25.00
11/04/02               Office Credit                      25.00

10/17/02  90658 V04.8  VIRAL INJECTION 0.5CC   0.00       25.00
11/04/02               Payment: MEDICARE                  8.02
11/04/02               Contract Adjustment               16.98

10/17/02  90471 V04.8  ADMIN FEE FLU VACCINE   0.00       10.00
11/04/02               Payment: MEDICARE                  4.37
11/04/02               Contract Adjustment                5.63


** PATIENT TOTALS -->   Fees:     0.00   ** INSURANCE TOTALS -->  Fees:    124.00
                    Payments:     0.00                        Payments:     55.23
                     Credits:     0.00                         Credits:     50.06
                     Balance:     0.00                         Balance:     18.71

## CERTIFICATION UNDER MGL 23

RE:    Name of Patient: _MARY RIVARD_____

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION,
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY:

_____  M.D.
Signature                    Date

_Lloyd    Alderson_____
Print Name

_Lloyd. Alderson, M.D. D.Sc_
Name of Provider/Facility

Note: All records/bills from physician office must be signed by physician.

B

LLOYD M. ALDERSON M.D.
50 MEMORIAL DR. SUITE 211
LEOMINSTER, MA 01453
Telephone 978 537-9499

### RECEIPT FOR SERVICES

MARY RIVARD (147)   DOB:10241925   INS:MR M2     AAY
19 SIMOND HILL ROAD   HUBBARDSTON, MA 01452
H:976-928-3838

LMA            02/19/04

| Date | Code | Detail | Description | Amount | Patient | Insurance |
|------|------|--------|-------------|--------|---------|-----------|
| | | | BALANCE CARRIED FORWARD ----------------------> | | 0.00 | 0.00 |
| 061903 | | | | | | |
| 061903 | O | 11 | OFFICE | | | |
| | LMA | | LLOYD M. ALDERSON, M.D | | | |
| | NCD | | NEUROPATHY | | | |
| | OPCM | 99244 | OUTPT CONSULT MODERATE | 220.00 | 0.00 | 220.00 |
| | REFER | 71 | | | | |
| | MR | 5 | MR Claim 062603 $220 | | | |
| 072503 | MRCK | | MEDICARE CHECK | -139.49 | 0.00 | 80.51 |
| | MRWO | | MEDICARE WRITEOFF | -45.64 | 0.00 | 34.87 |
| 081403 | MRCK | | MEDICARE CHECK | -34.87 | 0.00 | 0.00 |
| 101603 | | | | | | |
| 101503 | O | 11 | OFFICE | | | |
| | LMA | | LLOYD M. ALDERSON, M.D | | | |
| | NCD | | NEUROPATHY | | | |
| | EPL | 99213 | ESTABLISHED PT LOW | 90.00 | 0.00 | 90.00 |
| | REFER | 71 | | | | |
| | MR | 5 | MR Claim 102003 $90 | | | |
| 112003 | MRCK | | MEDICARE CHECK | -43.53 | 0.00 | 46.47 |
| | MRWO | | MEDICARE WRITEOFF | -35.59 | 0.00 | 10.88 |
| 020404 | | | | | | |
| 020404 | O | 11 | OFFICE | | | |
| | LMA | | LLOYD M. ALDERSON, M.D | | | |
| | NEU | 355.9 | NEUROPATHY | | | |
| | EPM | 99214 | ESTABLISHED PT MODERAT | 115.00 | 0.00 | 125.88 |
| | REFER | 71 | | | | |
| | MR | 5 | MR Claim 020904 $115 | | | |
| 021904 | | | | | | |

## CERTIFICATION UNDER MGL 23

RE:    Name of Patient: ___ *MARY RIVARD* _____

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION.
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY

_Dr Joseph P. Lanza_    _Apil 11-03_
Signature                               Date

___ _Joseph P. LANZA_
Print Name

___ _LANZA  Dental_
Name of Provider/Facility

RIVARD MARY

STATEMENT

J.P. LANZA, D.M.D.
P.L. LANZA, D.M.D.
16 DEPOT SQUARE
LEOMINSTER, MA 01453

(978) 537-1977

MRS MARY RIVARD
166 CHAPMAN PLACE
LEOMINSTER MA 01453

| DATE | PROFESSIONAL SERVICE | CHARGE | | PAID | | BALANCE | |
|---|---|---|---|---|---|---|---|
| 1-29-00 | Initial Ex pro 4bx 1PA | 138 | – | 70 | | 68 | |
| 1-4-y | ROA | | | 68 | | | |
| 5-30-01 | Pre Exam | 83 | – | 83 | | – | |
| 2-7-03 | Pro Exam | 85 | – | 85 | | – | |
| 7-11-03 | PS | 110 | – | 110 | | – | |
| 9-3-03 | Pro Exam | 85 | – | 8 | | – | |
| 10-30-03 | Panaramic Film 4PAS | 160 | | | | 160 | |

AS - AMALGAM SURFACE
BR - BRIDGE
CN - CROWN
D - DENTURE
EX - EXAMINATION
EXT - EXTRACTION
FA - FAILED APPOINTMENT
FT - FLUORIDE TREATMENT

NT - NERVE TREATMENT
OCC. ADJ. - OCCLUSAL
ADJUSTMENT
PD - PARTIAL DENTURE
PS - PORCELAIN SURFACE
X - X-RAY
GING- GINGIVECTOMY
G - GOLD INLAY

NC - NO CHARGE
DR - DENTURE REPAIR
PRO -PROPHYLAXIS
FMS -FULL MOUTH SURVEY
ROA -RECEIVED ON ACCOUNT
SM - SPACE MAINTAINER
RCT - ROOT CANAL TREATMENT

PAY LAST
AMOUNT
IN THIS
COLUMN

J. P. LANZA, D. M. D.
16 DEPOT SQUARE
LEOMINSTER, MASSACHUSETTS 01453

TELEPHONE 537-1977

Mrs Mary Revard

Estimate for Crowns

#10 —        850 —
#11          850
#12          850
#13          850
          _____
          3400 —

Sincerly
Dr Joseph P. Lanza

## CERTIFICATION UNDER MGL 23

RE:     Name of Patient: _MARY K RIVARD_

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION.
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY

_____        _4/24/03_
Signature                       Date

_CHEONG H. KIM. MD_
Print Name

_CHEONG H. KIM. MD_
Name of Provider/Facility

# STATEMENT

| PATIENT NAME |
| --- |
| Mary Rivard |

This is a statement for professional services rendered by your physician. You may receive a separate bill from the hospital for its services.

SEE REVERSE SIDE FOR AN IMPORTANT
MESSAGE REGARDING HEALTH INSURANCE

| BILL DATE | ACCOUNT NO. | AMOUNT PAID |
| --- | --- | --- |
| 04/10/03 | 9759 | |

**THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIANS WHO ARE MEMBERS OF:**

Mary Rivard
166 Chapman Place
Leominster, MA   01453

PLEASE REMOVE AND RETURN THIS PORTION WITH YOUR PAYMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE | AMOUNT |
| --- | --- | --- |
| 10/17/02 | Initial Office Consultation | $190.00 |
| 11/14/02 | Paid on Account—Sedgwick Claims Mgmt. Svcs/The Home Depot | -190.00 |
| | Current Balance | 0.00 |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS ▶ AMOUNT | |
| --- | --- | --- | --- | --- |

*Payments received after this date
will appear on your next statement.*

*MAKE CHECK
PAYABLE TO:*

**IMPORTANT MESSAGE REGARDING YOUR ACCOUNT**

## CERTIFICATION UNDER MGL 23

RE:    Name of Patient: _Mary Rivard_____

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION,
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY:

_Kim McBride_____ _11/15/02_
Signature                          Date

_Kim McBride_____
Print Name

_Wachusett Emergency Physicians_
Name of Provider/Facility

NOV 2 1 2002

HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |

X

064209120A

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

RIVARD MARY K

3. PATIENT'S BIRTH DATE    SEX

10 24 1925    X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

RIVARD MARY K

3. PATIENT'S ADDRESS (No., Street)

166 CHAPMAN PLACE

6. PATIENT RELATIONSHIP TO INSURED

X

CITY

LEOMINSTER    MA

STATE

ZIP CODE    TELEPHONE (Include Area Code)

01453    (978    466-6991

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

RIVARD MARY K

a. OTHER INSURED'S POLICY OR GROUP NUMBER

900191878

X

b. OTHER INSURED'S DATE OF BIRTH    SEX

X

c. EMPLOYER'S NAME OR SCHOOL NAME

X

d. INSURANCE PLAN NAME OR PROGRAM NAME

POLICY BENE CHICAGO IL 60666    X

BANKERS LIFE & CASUALTY

11. INSURED'S POLICY GROUP OR FECA NUMBER

MEDICARE PART B

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?

X    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE

SIGNATURE ON FILE

SIGNED    DATE    11 21 2002

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE

SIGNATURE ON FILE

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

FLEMING, KAREN NP

X

802 8

| 24. DATE(S) OF SERVICE | | | | | | | | | |
| From | | To | | | | | | | |

| 1014200Z | 1014200Z | Z3 Z | Z1400 54 | | 1 | | 194 00 | 1 | |
| 1014200Z | 1014200Z | Z3 1 | 99Z83 | | 1 | | 125 00 | 1 | |

25. FEDERAL TAX I.D. NUMBER

042906048    X

26. PATIENT'S ACCOUNT NO.

301073

28. TOTAL CHARGE    29. AMOUNT PAID    30. BALANCE DUE

319 00    0 00    319 00

800-451-8389

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED

LEOMINSTER HOSPITAL
HOSPITAL ROAD
LEOMINSTER MA 01453

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE

WACHUSETT EMERGENCY PHYS PC/L
15 CENTER ST
FAIRHAVEN MA 02719

KAREN FLEMING NP

SIGNED    11 21 2002

042906048

PLEASE PRINT OR TYPE

**UMassMemorial**

Leominster Campus

HealthAlliance

60 Hospital Road
Leominster, MA 01453
Tel: 978-466-2000

DATE: 1/12-02

"The attached itemized bills is a true and accurate copy, subscribed and sworn to under the pains and penalties of perjury."

Charlotte Cormier
File Maintenance Clerk
Patient Accounts
978-466-2294

```
ACCOUNT DETAIL DATA                    SVC FAC:  5050      11/12/02  0910

PT NO:  5006946650  *RIVARD ,MARY          MR NO: 301073      ACCT TYPE: O
REG: 10/14/02  DSCH:          FC: A  PT: E  EXP IND:  ACCT BAL:       82.27
-------------------------------------------------------- PAGE:  1 OF:    4
    ACCT BAL          A01  V      N55  V       I53  V                PT BAL
        82.27          .00     -511.47      82.27                   511.47

 SVC   POST   SVC CD   DESCRIPTION/COMMENT-REF DATE      AMOUNT      BALANCE
101402 101602 37182003  INTERMEDIATE SERVICE             186.00      186.00
101402 101502 42146027  XR FACIAL BONES COMPLETE         160.00      346.00
101402 101502 42146050  XR MANDIBLE COMPLETE             158.00      504.00
101402 101602 46800264  TD ADULT                           7.47      511.47
101502 101502          **PT PHONE NO.       000-0000
101502 101502          **BIRTH DATE    10/24/25
101602 101602          **FIN. CLASS      P
102402 102402          **DSCH DX 802.4  CLSD FX MALAR/MAXILLARY
102402 102402          **ADM DX  802.4  CLSD FX MALAR/MAXILLARY
102402 102402          **BILLED TO N55                   511.47
---------------------------------------------------------------------------
 ! (PF14) SEL PT                   !(PF3) SELECT DTL   !(PF11) ACCT CASH
 ! (PF15) PT OVERVIEW    !(PF10) CMNTS   ! (PF4) USER      PF16 D/E
                    ! (PF7) NEXT                          ! (PF9) LAST
          SysAvl            Appl
```

## CERTIFICATION UNDER MGL 23

RE:     Name of Patient:     _MARy RivARD_

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION,
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY:

_Margaret Pena-Russell_          Date _4-27-05_
Signature

_Margaret PeÑA-Russell_
Print Name

_Cent Mass Imaging, Inc._
Name of Provider/Facility

Note: All records/bills from physician office must be signed by physician.

**MAKE CHECKS PAYABLE TO:**

STATEMENT

CENTMASS IMAGING, INC.
BILLING OFFICE / A75
*** 2527 CRANBERRY HIGHWAY
WAREHAM, MA  02571-5008
800 294 5696 / 508 295 5556

FOR SERVICES RENDERED AT:

00000

## PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

EIN: 04-3229742

MARY RIVARD    A75*301073**00
166 CHAPMAN PLACE
LEOMINSTER, MA 01453

*PAYMENTS RECEIVED AFTER BILLING DATE WILL NOT APPEAR ON THIS STATEMENT.*

| ACCOUNT NUMBER | BILLING DATE | BALANCE NOW D |
|---|---|---|
| 301073A75 | 04/14/03 | .00 |

PATIENT    MARY RIVARD

| DATE OF SERVICE | PROCEDURE CODE | ICD9-CM CODE | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|
| 10/14/02 | 7011022 | 823.4 | FACIAL BONES 3 VIEWS | 27.00 |
| 11/21/02 | 126149395 | | MEDICARE PAYMENT | -10.78 |
| 11/21/02 | 126149395 | | MEDICARE ADJUSTMENT | -32.53 |
| 12/23/02 | 0000000 | 416 | COMM INS PAYMENT | -2.69 |
| 10/14/02 | 7011026 | 959.09 | MANDIBLE 4 VIEWS | 45.00 |
| 11/21/02 | 126149395 | | MEDICARE PAYMENT | -10.48 |
| 11/21/02 | 126149395 | | MEDICARE ADJUSTMENT | -31.90 |
| 12/23/02 | 0000000 | 417 | COMM INS PAYMENT | -2.62 |

*THIS CHARGE IS FOR INTERPRETATION OF X-RAYS BY
CENTMASS IMAGING, INC.

### AGED BALANCE

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 |

**PATIENT BALANCE** ▶          .00

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.**

**AMOUNT ENCLOSED** ▶

**PRIMARY INSURANCE**    *SECONDARY INSURANCE*
MEDICARE                BANKERS LIFE & CASUALT
ID#: 064209120A         ID#: 900191878
GRP:                    GRP:

CENTMASS IMAGING, INC.
BILLING OFFICE / A75
2527 CRANBERRY HIGHWAY
WAREHAM, MA 02571-5008

| PATIENT'S NAME |
|---|
| MARY RIVARD |
| ACCOUNT NO. |
| 301073A75 |
| STATEMENT DATE |
| 04/14/03 |

## CERTIFICATION UNDER MGL 23

RE     Name of Patient: _Mary Rivard_ _____

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION,
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY

_Gloria H. Cullen_ _____ _09/31/03_
Signature                          Date

___ _Gloria H. Cullen_ ___ _04/31/03_
Print Name

____ _C. N. E. E._ _____
Name of Provider/Facility

**CENTRAL NEW ENGLAND ENDODONTICS**
**100 WHALON STREET**
**FITCHBURG, MA  01420**

| Providers | (All) | | Superbill? | No |
|---|---|---|---|---|
| Start Date | 01/08/2003 | | End Date | 01/08/2003 |

## Fitchburg Central New England Endodontics

### 100 Whalon Street
### Fitchburg, MA  01420-7194
### (978) 345-7555

## Mary Rivard

| 166 Chapman Place | **Patient Information** | | |
|---|---|---|---|
| Leominster, MA  01453- | Home: (978) 466-6991 | Account Balance: | $0.00 |
| | Business: (978)  - | Patient: | $0.00 — Estimated Balance |
| **Guarantor:** Mary Rivard | | Insurance: | $0.00 — |
| | Birthdate: 10/24/1925 | Next Recall: None Scheduled | |
| | Soc. Security: 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 | Next Appt: None | |

| **Provider Information** | | |
|---|---|---|
| **Name:** Central New England Endodontics | License #: 15652 | Tax ID: 042621389 |

Signature: _____

| Date | Code | Provider | Tth | Surf/Rt | Billed | Paid | Adjust. | Balance | Service | Procedure Bal. Pt. Bal. | Ins. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/08/2003 | 000140 | 22 | 10 | | $110.00 | $103.50 | $0.00 | $6.50 | LIMITED ORAL EXAM | | |
| | | | | | | | | | | $0.00 | $0.00 |
| 01/08/2003 | 000220 | 22 | 10 | | $20.00 | $13.50 | $0.00 | $13.00 | PERIAPICAL XRAY | | |
| | | | | | | | | | | $0.00 | $0.00 |
| 01/08/2003 | 010010 | 22 | | | $0.00 | $0.00 | $0.00 | $13.00 | PT PD IN FULL - NO INSURANCE | | |
| | | | | | | | | | | $0.00 | $0.00 |
| 01/08/2003 | 900001 | 22 | | | $0.00 | $0.00 | $6.50 | $6.50 | Cash Courtesy | | |
| 01/08/2003 | 900045 | 22 | | | $0.00 | $0.00 | $6.50 | $0.00 | 5% Senior Citizen Discount | | |
| | | Totals---> | | | $130.00 | $117.00 | $13.00 | $0.00 | | $0.00 | $0.00 |

Copyright - Discus Dental Software - 1994  2003 - All rights reserved

# TREATMENT PLAN

**Wed., Jan. 08, 2003 at 11:27 am**                                                                 Page 1 of 2

Report Parameters:

| Report: T R E A T M E N T   P L A N | |
|---|---|
| Providers    (All) | Locations    (All) |
| Include Markers  (None) | Exclude Markers  (None) |
| Patient Types    (All) | |
| Other: Included options: None | |

## Mary Rivard

| 166 Chapman Place<br>Leominster, MA 01453- | **Patient Information** | **Account Balance:**  $0.00 |
|---|---|---|
| | **Home:** (978) 466-6991 | **Patient:**  $0.00 ⎤ Estimated |
| | **Business:** (978)  - | **Insurance:**  $0.00 ⎦ Balance |
| **Guarantor:** Mary Rivard | **Birthdate:** 10/24/1925 | **Next Recall:** None Scheduled |
| | **Soc. Security:** 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 | **Next Appt:** None |

| | **Provider Information** | |
|---|---|---|
| **Name:** Central New England Endodontics | **License #:** 15652 | **Tax ID:** 042621389 |

**Signature:** _____

| Status Notes | Code | Description | Tth | Surface | Provider | Charge Adjustment | Ins. Est. | Patient / Entered / Planned | Est. Returned |
|---|---|---|---|---|---|---|---|---|---|
| Planned | 00140 | LIMITED ORAL EXAM | 10 | | 22 | $110.00<br>$0.00 | | $110.00 01/08/2003<br>$0.00 01/08/2003 | |
| Planned | 00220 | PERIAPICAL XRAY | 10 | | 22 | $20.00<br>$0.00 | | $20.00 01/08/2003<br>$0.00 01/08/2003 | |
| Planned | 03310 | ROOT CANAL-ANTERIOR | 10 | | 22 | $800.00<br>$0.00 | | $800.00 01/08/2003<br>$0.00 01/08/2003 | |
| Planned | 00115 | START OF C&S | 10 | | 22 | $0.00<br>$0.00 | | $0.00 01/08/2003<br>$0.00 01/08/2003 | |
| Planned | 00119 | FILLED CANALS | 10 | | 22 | $0.00<br>$0.00 | | $0.00 01/08/2003<br>$0.00 01/08/2003 | |
| Planned | 02954 | *POST BUILDUP | 10 | | 22 | $325.00<br>$0.00 | | $325.00 01/08/2003<br>$0.00 01/08/2003 | |
| Planned | 03320 | ROOT CANAL-BICUSPID | 12 | | 22 | $900.00<br>$0.00 | | $900.00 01/08/2003<br>$0.00 01/08/2003 | |
| Planned | 00115 | START OF C&S | 12 | | 22 | $0.00<br>$0.00 | | $0.00 01/08/2003<br>$0.00 01/08/2003 | |
| Planned | 00119 | FILLED CANALS | 12 | | 22 | $0.00<br>$0.00 | | $0.00 01/08/2003<br>$0.00 01/08/2003 | |

(Unscheduled)

Copyright - Discus Dental Software - 1994 - 2003 - All rights reserved

**TREATMENT PLAN**

**Wed., Jan. 08, 2003 at 11:27 am**

Page 2 of 2

Report Parameters:

| Report: T R E A T M E N T  P L A N | | |
|---|---|---|
| Providers      (All) | Locations        (All) | |
| Include Markers   (None) | Exclude Markers  (None) | |
| Patient Types    (All) | | |
| Other Included options: None | | |

| Status Notes | Code | Description | Tth | Surface | Provider | Charge Adjustment | Patient / Entered / Ins. Est. Planned Est. Returned |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓ | (Unscheduled) | | | | | |
| Planned | 02954 | *POST BUILDUP | 12 | | 22 | $325.00 | $325.00 01/08/2003 |
| | | | | | | $0.00 | $0.00 01/08/2003 |

| | | $2,480.00 | $0.00 | $2,480.00 |
|---|---|---|---|---|

Notes

Notes

I've been informed of my recommended treatment and IN THE EVENT THAT I PROCEED, I understand that while endodontics produce high success, biological procedure's can't be guaranteed. Also infrequent risks include sensation change, numbness, broken instruments, blocked canals, root perforations, restoration damage, infection, swelling, pain, bleeding and sinus involvement. Occasionally tooth loss may occur. I understand I am responsible for all fees and I must return to my dentist for permanent restorations.

_Mary K Revard_____     _____     ____gme)_____   01/08/03
Signature of Patient or Guardian          Date                    Authorized Signature for Practice      Date

Copyright - Discus Dental Software - 1994 - 2003 - All rights reserved

## CERTIFICATION UNDER MGL 23

RE:    Name of Patient: _Mary Rivard_____

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION,
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY

_Patricia T. Byron_____ _4/15/03_
Signature                              Date

_Patricia  T.  Byron_____
Print Name

_Dr. Edward Kamens_____
Name of Provider/Facility

**PROGRESS NOTES**

| LAST NAME Rivard | FIRST NAME Mary | ATTENDING PHYSICIAN MH |
|---|---|---|

DATE  ERFU. B/P 130/50  P 65  R 20  #139  T3

10/17/02
① eye + side face swollen                    SpO₂
② upper teeth ② side numb                    99%
③ arm tingly + numb
④ ankle swollen                              CV

S- fell on 10/4 + fell ② mouth twice —ER →
        needs ENT follow

O- facial contusion c̄ Sx as above

A- onch

P- Dr. Kanistad

## CERTIFICATION UNDER MGL 23

RE:    Name of Patient: _MARY RIVARD_

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION,
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY:

_____  M.D.
Signature                          Date

_Lloyd   Alderson_
Print Name

_Lloyd. Alderson, M.D. D.SC_
Name of Provider/Facility

**Note: All records/bills from physician office must be signed by physician.**

## Lloyd Alderson, MD, D.SC

*Neurology*
*Neuro-Oncology*

**MARY RIVARD**                                      JUNE 19, 2003
**DOB: 10/24/25**

The patient is a 77 year old, right-handed woman with a history of a fall and a left
maxillary sinus fracture. She comes in today for evaluation. Dr. Haberman referred her
to me. The patient had a fall while entering the Home Depot Store on 10/14/02. She
tripped on a piece of cement on the floor. She hit the floor with the left side of her face
and suffered a left maxillary sinus fracture. After the trauma, the left side of her upper lip
and her cheek was numb. Dr. Kim has seen the patient in the past, which noted the
fracture, but did not feel the surgical intervention was indicated. Initially she was told
that the nerve would heal in 6 to 8 weeks, things have improved somewhat, but not
markedly. She remains numb in the cheek and in the upper teeth on the left side. She
describes the feeling like it was novocaine. It feels swollen, but it isn't.

**PAST MEDICAL HISTORY:** The patient is status post-cardiac catheterization times 2
and angioplasty times 1. She has some arthritis in her left hip.

**SOCIAL HISTORY:** She is a retired office worker. She does not smoke.

**EXAMINATION:** She is alert and coherent. There is no evidence of aphasia. Her
visual fields are full. Her extraocular movements are in intact. Her face is symmetric.
There is loss of sensation to pin in a V2 distribution on the left side. Hearing is intact
bilaterally. Soft palate elevates symmetrically and tongue is midline. She has good
strength in all 4 extremities with no pronator drift. Rapid movements are intact
bilaterally. She has a normal sensory exam with no evidence of extinction or
astereognosis. She has a normal gait including heel and toe walking.

**ASSESSMENT:** The patient now, 8 months status post to trauma to the left maxillary
sinus. The patient came in with films. I see soft tissue density in the area of the sinus,
but I cannot clearly identify a fracture. Her exam is very consistent with loss of function
of the second division of the V cranial nerve. I explained to her that if the nerve ends are
not close to each other at the site of the break, that it may require 6 to 12 months before
the nerve can reintegrate her face. I will ask her to follow up with me in the fall. I asked
her whether or not she has significant pain. She does not see to have pain and we raised
the question of starting her on some Neurontin. The patient would rather not start on any
of the medications right now. It is not painful enough for her to consider taking a
medicine on a regular basis. I told her that if the pain does develop with time, we might
want to start her on the Neurontin. She will get back to me if that is the issue.

*50 Memorial Drive  •  Suite 211  •  Leominster, MA 01453*
*Tel: 978-537-9499  •  Fax: 978-537-9211*

**MARY RIVARD**
**PAGE 2**

JUNE 19, 2003

Lloyd Alderson, M.D.

LA: djm

Referring Physician:  Mark Haberman, M.D., 50 Memorial Drive, Leominster, MA
01453

Lloyd Alderson, MD, D.SC

*Neurology  •  Neuro-Oncology*

**MARY RIVARD**                                    OCTOBER 15, 2003
DOB: 10/24/25

Mary Rivard is here for a follow up visit. She is a 77 year old, right-handed woman who I first saw in June of 2003 for evaluation of numbness in her left cheek. The patient suffered a maxillary bone fracture when she fell on 10/14/02. The CT of the head showed a maxillary bone fracture and a maxillary sinus fracture. The patient was initially told that the numbness in her left cheek might improve in 6 to 8 months; it did not. She was referred to me.

Her examination in June 2003 showed a loss of sensation in a distribution consistent with the second division of the V cranial nerve on the left side. The other cranial nerves are all intact.

The patient comes in today for follow up. The numbness in her face has not improved. She continues to have a cold feeling and a loss of sensation in the face. It remains limited to just the cheek below the eye and above the mouth on the left side. The patient denies any hearing loss. She denies any change in her vision. However, recently she has noted a new symptom. She has pain and numbness that goes down into her right arm. It occurs when she is sleeping at night. It sometimes occurs while she is driving or holding a newspaper. The discomfort goes into the fingers. Sometimes it improves with just shaking the arm. The patient was referred to a chiropractor. She has had some treatments with him, but has not had any improvement. The patient denies any bowel or bladder involvement. She denies any problems walking. She has some occasional numbness in the left arm.

**EXAMINATION:** Her exam today reveals the same loss of sensation in the maxillary division of the V cranial nerve on the left as seen before. Her sensory exam at this moment is intact in the right upper extremity. Her reflexes are 2+ at the biceps and 1+ are the triceps. She has 2+ reflexes in the knees. Her toes are down going. Sensation in the feet is intact. Sensation in the arms is intact to light touch, joint position sense and pin.

**ASSESSMENT:** I explained to the patient that the numbness in the face might never improve. It is likely there was a transection of the nerve and without a neurosurgical procedure it may not improve. Even if the break in the nerve could be identified and realigned it may not increase the sensation in the face. Regarding her arm, however, I think we do need to look into the possibility that this could represent a disc herniation or at least compression of the nerve root. The distribution of her problems would argue that

*50 Memorial Drive  •  Suite 211  •  Leominster, MA 01453*
*Tel: 978-537-9499  •  Fax: 978-537-9211*

**MARY RIVARD**
**PAGE 2**

OCTOBER 15, 2003

it might be a C7 nerve root consistent with a compression of the nerve at the C6/C7 disc. I will ask her to undergo an MRI of the cervical spine and follow up with me after that.

Lloyd Alderson, M.D.

LA: djm

Referring Physician:  Mark Haberman, M.D.

# Lloyd Alderson, MD, D.SC

*Neurology* • *Neuro-Oncology*

**MARY RIVARD**                                          FEBRUARY 4, 2004
**DOB: 10/24/25**

**Mary Rivard** is here for a follow up visit. She is a 78-year-old woman who fractured
bones in her face in October of 2002. The patient fell in a store in Fitchburg. Since then
she has had numbness in the left face. She has, more recently, has had some numbness
and tingling in the right arm. I saw her first in June of 2003 and again in October of
2003. In October, we obtained an MRI of her cervical spine because of the arm
symptoms. That scan noted evidence of degenerative disc disease at C5/6 and C6/7. At
C6/7 there was evidence of a postural bony ridge associated disc resulting in minimal
effacement of the anterior subarachnoid space. This resulted in minimal compromise of
the neural foramina. The spinal cord canal was not compromised. The patient continues
to have some right arm symptoms. She describes some pain and tingling involves the
middle fingers of the right hand and radiates up the arm. It occurs particularly when she
is lying in bed at night, driving or holding something. She feels that it has worsened
recently.

**EXAMINATION:** There is loss of sensation in a V2 distribution on the left. The patient
has good strength and sensation in the upper extremities bilaterally. Her reflexes are 2+
in the biceps, but absent in the triceps bilaterally. She has good strength in her legs and
normal sensation.

**ASSESSMENT:** The patient continues to have discomfort both in the face and the arm.
I will start her on some Neurontin at 300 mg bid to see if that helps. I will have the MRI
of the cervical spine repeated, as her symptoms seem to have worsened. There was an
abnormality there and it is possible that it has progressed. It did not seem significant on
the initial scan, but again it may have changed. I will have her follow up with me in
about one month.

Lloyd Alderson, M.D., D.Sc.

LMA: djm

Referring Physician: Mark Haberman, M.D.

## CERTIFICATION UNDER MGL 23

RE    Name of Patient   _MARY K RIVARD_

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY

_____    _4/24/03_
Signature                          Date

_CHEONG H KIM, MD_
Print Name

_CHEONG H. KIM, M_
Name of Provider/Facility

# CHEONG H. KIM, M.D., INC.

Leominster Hospital Medical Bldg. • Suite 212 • 50 Memorial Dr. • Leominster, MA 01453-2289 • (978) 537-8377 • Fax (978) 534-2334

CONSULTATION REPORT

PATIENT:  Mary Rivard
DATE:     October 17, 2002
REQUESTING PHYSICIAN:   Mark Haberman, MD
CHIEF COMPLAINT:  Fx maxillary sinus.

PRESENT ILLNESS: Dr. Haberman called me this morning to ask me to see this patient with fx of maxillary sinus wall. A very young-looking 77 year old lady was evaluated in my office and hx obtained by pt as well as Dr. Haberman over the telephone and also ER record of 10/14/02 in detail. She fell after tripping over a bag of cement at Home Depot 3 days ago, 10/14/02. Then she was brought to the ER that afternoon when x-ray was taken to find a fracture. She told me that she had bleeding from the nose intermittently whenever she blew her nose for about 2 days. As of today there is no more bleeding. She told me that her vision is okay and no nasal obstruction, difficulty chewing or difficulty breathing. Denied headache or dizziness.

SYSTEMIC REVIEW: Heart disease.
PAST HISTORY: Appendectomy, T&A, partial hysterectomy.
FAMILY HISTORY: Negative.
SOCIAL HISTORY: Does not smoke or drink alcohol.
MED: Heart medications, of which the names she does not remember. Vitamin.
ALLERGY: None.

PHYSICAL EXAM:
    Face and Skin: Swelling and ecchymosis of the infraorbital area with some tenderness. However, palpation of the infraorbital rim was intact with no deformity. Left face is numb. She also informed that left upper teeth area also numb. No visible laceration of the skin. Other than slight swelling of the face left side, no other abnormalities.
    Ear: Ear canals and tympanic membranes bilateral normal. No infection fluid or perforation.
    Nose: No bleeding. No polyps or tumor. Good airway.
    Oral Cavity: Some ecchymosis of the buccal membrane left side which I think is due to the fx of lateral wall of the maxillary sinus. No hematoma or infection. The rest of oral cavity was negative.
    Throat: Negative. Tonsillectomy scar.
    Neck: Negative.
IMPRESSION:
    1. Fx maxillary sinus left side, probably lateral and anterior wall.
    2. Numbness of left face and upper teeth most likely due to contusion rather than severence of the infraorbital nerve left side.
    3 . Air fluid level on x-ray film of 10/14/02 is blood from this fracture.
RECOMMENDATION:
    1. I reviewed the facial bone x-ray film of 10/14/02 along with radiologist's report and ER record of 10/14/02.
    2. I told her that her fx will heal on its own without surgical intervention.
    3. There is some blood in the left maxillary sinus cavity at this time, and this also will clear on its own, even though it might take some time.
    4. I also told her that numbness will go away but will take some time, perhaps many weeks or months.
    5. Letter to Dr. Haberman.

                         Sincerely yours,


                         Cheong H. Kim, MD, FACS

CUV 02-1

<u>CERTIFICATION UNDER MGL 23</u>

RE    Name of Patient: _Mary Rivard_____

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION,
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY

_Gloria H. Cullen_____ 04/31/03_
Signature                              Date

_Gloria H. Cullen_____ 04/31/03_
Print Name

_C.N.E.E._____
Name of Provider/Facility

**CENTRAL NEW ENGLAND ENDODONTICS**
**100 WHALON STREET**
**FITCHBURG, MA  01420**

# Welcome to Our Office!

In order to serve you promptly we will need the following information.
Please print legibly. All information will be strictly confidential.



*Central New England*
*endodontics*

Date: 1/8/03

**PATIENT INFORMATION:**

Please circle:     Ms.     Mr.     (Mrs)     Dr.     Other_____

_Rivard_____     _Mary_____     _K___     _____
LAST NAME              FIRST NAME        M1        NAME PREFERENCE

Street Address: _166 Chapman Place___     City: _Leominster___     State: _MA_     Zip: _01453_

P.O.Box:_____     City:_____     State:_____     Zip:_____

Home Number: _978-466-6791_____     Work Number:_____     Email Address:_____

Social Security Number: _064_-_20_-_9126_ Date of Birth:_10/24/25_ Sex: ☐ M ☒ F Spouse's Name: _Robert_

Your Employer:_____ Employer's Address:_____

Whom may we thank for referring you? _Dr. Lanza_____ General Dentist:_____

**MEDICAL HISTORY:** Please check any of the following which may apply to you now or in the past:

| | | | |
|---|---|---|---|
| Heart Attack | ✓ Heart Disease | Hepatitis A, B or C | Asthma |
| Rheumatic Fever | Stroke | Low Blood Pressure | Sinusitis |
| Mitral Valve Prolapse | Cardiac Pacemaker | Epilepsy/Convulsions | Cancer |
| AIDS or HIV Positive | Heart Murmur | ✓ High Blood Pressure | Diabetes |
| Clotting Disorders | Joint Replacement | Kidney Disease | Fainting |
| Liver Disease | Respiratory Problems | Thyroid Problems | Emphysema |
| Tuberculosis | Arthritis | Allergies | Other |

Any other diseases or problems? _Facial & Dental Problems_____

Do you need to be premedicated for dental visits?_____

Have you ever had a reaction to any of the following?
Local Anesthetic ——— Other Antibiotic ——— Barbitutes ——— Aspirin ——— Latex Rubber
——— Penicillin ——— Sulfa Drugs ——— Sedatives ——— Any Metals ——— Other _Adhesive Tape_

What medications are you currently taking (including aspirin)? _Metoprolol, Evista, Isosorbide, Hydrochlorothide, Lescol, Norvasc_

Women: Are you pregnant?     ☐ Yes ☒ No ☐ Possibly; If yes, what month?_____
Do you take birth control pills?     ☐ Yes ☒ No

**THE PURPOSE** of endodontic treatment or root canal treatment is to save a tooth rather than remove it. Although treatment has a high degree of success, it can not be guaranteed. Occasionally, a tooth which has had a root canal treatment may reqire retreatment, surgery or even extraction.

Treatment is usually a non-surgical procedure, but in some cases, a surgical approach is necessary. Before any treatment is begun the reason(s) will be fully explained, including alternative modes of therapy. Occasionally, premedication may be indicated. This will be discussed in advance.

**PLEASE NOTE:** *Our fee will not include a crown on the tooth. You must return to your general dentist to have that treatment completed.*

**PLEASE** : How are you feeling today:

| ☑ Confident | ☐ Happy | ☑ Curious | ☐ Frightened | ☑ Anxious | ☐ Pained | ☐ Other |

Please continue to the reverse side and complete.

NAME: *Mary Rivard*     DENTIST: *Lanza*     TOOTH:

| CHIEF COMPLAINT | CLINICAL SIGNS | RADIOGRAPHIC | DIAGNOSIS | Med. Alert |
|---|---|---|---|---|
| None/Abscess | Cellulitis | Broken Inst. | Rev. Pulpitis | |
| (Discoloration) | Crown/Bridge/P.J. | Furcation | Irrev. Pulpitis | *NO* |
| Draining Gum/Swelling | Crown Fract. | Normal/Wide P.D.M. | Carious Exp. | |
| Earache | Discoloration | Open Apex | Necrotic Pulp | |
| Pain, Biting | Fistula/Swelling | P.A. Radioluscency | Periapical Abscess | |
| Prev. R.C.T./Surg. | Mobility | Perio | Cracked T. Synd. | L.A. |
| Recent Restoration | Palpation | Prev. R.C.T./Post/Ag | Perio/Endo | |
| Referred Pain | Percussion | Prev. Surg. Retro. | Traumatic Fx. | N₂O+O |
| Thermal Pain | Perio Problem | Pulp. Calc./Stones | Avulsed | Clamp |
| Thermal Relief | Pulp Exposure | Root Ex. | Int. Resorp. | |
| Toothache at Night | Temp/Open | Resorption | Ext. Resorp. | |
| Throb/Dull/Steady/(Int) | Elec. | Tortuous Canals | Elective | B.U. |
| (Trauma/Fract.) | Hot       Cold | | Pre exist Perf. | |
| | | | Open Apex | Post Sp. |

| CANAL | APEX | BODY | STOP | GG | REMARKS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DR. | MO. | DAY | YR. | Qvcd | CHARGE |
|---|---|---|---|---|---|

MZ  1  8  03  Consult, X-Ray taken UL quad.
pt fell and had trauma to UL quad.
#10 is discolored. She went to
Dr Lanza who referred here here
for Consult of #10-13, pt states
she has sensation up into her
sinuses.
pulp test: 9(80), 10(80), 11(27), 12(33), 13(32
Ice test: 13-no response, 12-no response, 11-no response
#10-no response

-- possible crack in #10 and #12.
there is bon. loss around these teeth.
RCt needed on #10&12 and re-eval
#11&13 at that time.

04  18  03  Anna from Ransoms office called re:
true copy for patient, regarding trauma on
patient. gmc

| U | DR. | PROCEDURE | DATE | U | DR. | PROCEDURE | DATE |
|---|---|---|---|---|---|---|---|
| | MZ | RCT & BU #10&12 | | | | | |
| | | Re-eval #11 & 13 | | | | | |

T.P.

PATIENT INFORMATION:
Last Name:        RIVARD
First Name:       MARY
ID Number:        064209120
Exam Date:        01/08/2003
Image taken on:   01/08/2003

Central New England Endodontics
FITCHBURG PRACTICE
00 Whalon Street
Fitchburg, Massachusetts  01420

Voice: 978.345.7555
Fax: 978.348.2812

Schick Technologies, Inc.

<u>CERTIFICATION UNDER MGL 23</u>

RE:    Name of Patient: _ MARY RIVARD ____

THE ATTACHED DOCUMENTS ARE COPIES OF EXAMINATION,
TREATMENT AND/OR BILLING RECORDS, THE CONTENTS OF
WHICH ARE TRUE AND ACCURATE AS CERTIFIED, SUBSCRIBED
AND SWORN UNDER THE PENALTIES OF PERJURY BY

_Dr Joseph P. Lanza_  _4/11-03_
Signature              Date

_Joseph P. LANZA_
Print Name

_LANZA Dental_
Name of Provider/Facility

NAME Mary Kurd ADDRESS 166 Chapman Pl PHONE 466-6991 PATIENT # DATE OF BIRTH

| DATE | TOOTH | TREATMENT RENDERED | CHARGE | PAID | BALANCE |
|---|---|---|---|---|---|
| Oct 30/02 | | Patient trauma 11/14 [illegible] on left orbital area patient showed me photo of trauma - max left teeth has no feeling mand left area was the same and since got better - Dr Kim said she has 2 fracture areas on his x rays - she still has pain in orbital area and going up to temple on left side - she can chew but has no feeling on max left area pain lower jaw when she moves forward panorex x ray + x ray of 13-11-10-9 area JK | | | |
| Jan 2-03 | | patient still having numbness and pain max left side #10 turning color - mand jaw sore when she moves it forward - some feeling coming back into teeth but still not good - may need endodontic treatment on teeth # 9-10-11+12 and four crowns JK | | | |



**HealthAlliance Hospital**

Leominster Campus
60 Hospital Road
Leominster, MA 01453
Tel: 978-466-2000

## AFFIDAVIT

"Subscribed and sworn to this _31 st_ day _March_ A.D. <u>2003</u> under pains and penalties of perjury",

1.  I am a duly authorized Custodian of the Records for UMassMemorial~HealthAlliance

2.  "These records are kept pursuant to M.G.L.C. 233 s 79G@. I have the authority to certify that the records you requested are attached regarding;

<u>_Mary Bivard_</u>
(Patient's Name)

<u>_7_</u>
(# of pages enclosed)

3.  That the records referred to were prepared by persons having actual knowledge of the entries contained therein, immediately or soon after the happening of the events or incidents which they purport to depict, and were kept in the regular course and scope of my employer's business.

_Lisa Hasting (for)_                    _3-31-03_
Deborah L. Borkowski, MS, RHIA/Designee          Date
Director, Health Information Services

HealthAlliance is a member
of UMass Memorial Health Care

**UMassMemorial**

HealthAlliance

| | | aus | Med. Rec No. | 000000301073 |
|---|---|---|---|---|
| **EMERGENCY DEPARTMENT** | MEDICAL RECORD COPY | LH | | |

## REGISTRATION FORM

| Patient: | | | | | |
|---|---|---|---|---|---|
| Name: | RIVARD , MARY K | | Date/Time: | 10/14/2002 15:44 | Enc. #: 5006946650 |
| Address: | 166 CHAPMAN PLACE | | Station: E Service: LER Priority: R | | |
| | LEOMINSTER MA 01453 | | Type: | Bed: | |
| | SSN #: 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 | | Source: WALK IN /SELF REFERAL | | |
| DOB: 10/24/1925 Age: 76Y | Sex: F M.S.: M | | Arrival Mode: WA By: SG2 | | |
| Birth Place: NY | Lang: E ID: | | | | |
| (978) 4666991 | Race: W Vet.: 2 | DL: | | | |
| Former Name: DAY, MARY K | | | Last Admission: | Last ER: | |
| Religion: ROMAN CATHOLIC | | | Last Outpatient: 09/16/2002 | Last Discharge: | |
| Church: ST CECILIA | | | | | |

| Guarantor: | | Physician: | |
|---|---|---|---|
| Relation: | | E.D. #: | JOE, MARY LYNN 018374 |
| Name: HOME DEPOT | | E.D. #: | WILLIS, PAUL 086892 |
| Phone: (978) 8400800 | | Primary Dr. #: | HABERMAN, MARK L. 015479 |
| Address: 139 COMMERCIAL RD | | | |
| LEOMINSTER MA 01453 | | | |

*(handwritten: 802.4 2 E885.9 E849.6 no)*

| Employer: | | Advance Directive: NO Info Given: YES |
|---|---|---|
| Phone: ( ) | | Agent: |
| | | Comments: FG 9/02 |

| Relative: | | Accident/Onset Inst.: |
|---|---|---|
| Relation: HUSBAND | | Chief Complaint: ABRAS ON LT SIDE FAC |
| Name: RIVARD, ROBERT | | Onset Date/Time: |
| Home #: (978) 4666991 Work #: ( ) | | Accident Date/Time: 10/14/2002 15:00 |
| Add.: 166 CHAPMAN PLACE | | Expected Arrival Date: |
| LEOMINSTER MA 01453 | | |

| INSURANCE (Name, Policy, Group) | | |
|---|---|---|
| 1. PERSONAL-NO INS 00 | 2. MEDICARE O/P 064209120A | 3. BANKERS LIFE 900191878 |
| Add. NONE | Add. P O BOX 9083 BRAINTREE, MA 02184 | Add. 4444 LAWRENCE AVENUE CHICAGO, IL 60630 |

| Discharge Date: | Discharged to: | | Expired: < 48 hrs. ☐ > 48 hrs. ☐ | Autopsy (Y/N) ☐ |
|---|---|---|---|---|
| Date Coded: 10-23 | Abstract ☐ | Complete ☐ | Consults: | Consultant: |

---

## PHYSICIAN ORDERS

| | | | |
|---|---|---|---|
| ☐ CBC | ☐ Clot & Hold | ☐ UCG | ☐ CXR | ☐ EKG |
| ☐ Chem 7 | ☐ Type & Rh | ☐ UTox | ☐ Port. CXR | ☐ IV |
| ☐ Cardiac Enzymes | ☐ Blood Culture x | ☐ Serum Tox | ☐ Port C-Spine | ☐ O2 |
| ☐ PT | ☐ Culture: _____ | ☐ HCG Qualitative | ☐ C-Spine | ☐ Telemetry |
| ☐ PTT | ☐ Urine Dip | ☐ HCG Quantitative | ☐ KUB | ☐ O2 Sat. |
| ☐ LFT's | ☐ U/A | ☐ ABG | ☐ Upright ABD | ☐ Td 0.5 cc IM |
| ☐ Amylase | ☐ Urine Culture | ☐ Q Strep | ☐ Extrem. X-ray: | ☐ Respir. Teaching |
| ☐ G/C | ☐ ETOH | ☐ CT Scan: | | ☐ Med. Record |
| ☐ Chlamydia | | | | |

Time

*(handwritten: ✓20 Facial & TMJ © views. Al Fleming)*

---

**DISCHARGE INSTRUCTIONS**

*(handwritten: Please keep bacitracin on wounds until healed. Call if any vision Ds, headache, flashing lights or concerns. See ENT- Dr Erwin ____. Call PO return as needed. head injury)*

| DX CODE | | TIME OUT | HANDOUT GIVEN (X) YES ☐ NO |
|---|---|---|---|
| | | | *(handwritten: head injury)* |

| CONDITION ON DISCHARGE | PHYSICIAN'S SIGNATURE | M.D. | I HAVE RECEIVED WRITTEN AND/OR ORAL INSTRUCTIONS AND FULLY UNDERSTAND THEM. SIGNATURE (PATIENT OR RESPONSIBLE PARTY) X Mary K Rivard |
|---|---|---|---|
| GOOD | | | |

| MEDICAL RECORD NO. 301073 | NAME: RIVARD, MARY | EMERGENCY PHYSICIAN: WILLIS, PAUL | REGISTRATION DATE/TIME: 10/14/2002 15:44 |
|---|---|---|---|

R Mary K. Rivard                    10-14-03

R Mary K. Rivard                    10-14-03



# HealthAlliance
HealthAlliance Hospital, Inc., Leominster Campus

# Physician Report

MRN: 000000301073   Encounter #: 005006946650
**Name: RIVARD,MARY,K**
Street: 166 CHAPMAN PLACE
City: LEOMINSTER, ST: MA  Zip: 01453
**Age: 76Y DOB: 10/24/1925 Sex: F  Phone:** (978)466-6991
Date of Registration: **10/14/02  15:44**
**PCP: HABERMAN,MARK L.**

GREL: O Guarrantor: HOME DEPOT,
Ins #1: N55 MEDICARE O/P  Policy #1: 064209120A
Ins #2: I53 BANKERS LIFE  Policy #2: 900191878
Ins #3: P99 PERSONAL-NO INS  Policy #3: 00

Patient arrived via private automobile.  The patient's condition upon arrival was stable.  Accompanied by spouse.
The patient is a good historian.
**CHIEF COMPLAINT:**  facial injuries.

Patient presents s/p fall after tripping over a bag of cement at Home Depot. She states she didn't see the bag and fell primarily on her left side/face. She felt a "crack". She states she did not have LOC. Fall was witnessed.
**REVIEW OF SYSTEMS:**  Head:  No headache. Eyes:  no pain, discharge, or recent change in vision.
Ears:  No infections, hearing loss, tinnitus, vertigo or discharge.
Nose: noted nose bleed during interview which was limited. No congestion.
Throat:  No sore throat, dysphagia, or hoarseness.  Neck:  No pain, stiffness, or swelling.  Neurological:  No headache or focal neurological symptoms.  Cardiac:  No chest pain or palpitations.  Respiratory:  No cough or dyspnea.
Musculoskeletal:  No significant back pain.
Skin:  ecchymosis and abrasion to the left upper maxillary and orbital area.  ALso notes facial numbness on the left which includes left upper incisors.
**PMH** :history of CAD.

**PHYSICAL EXAM:** Vital Signs: She is afebrile.BP 125/98.  Pulse 60. HEENT: ecchymosis to the left orbital area.
Abrasion to the left lateral face. No obvious deformity. Skin; abraded on left 2nd digit. NOSE: bleeding noted for approximately 65 minutes. WEll controlled. Facial movements are symetrical. No evidence of motor loss. Sensation loss noted along midmaxillary line. TOngue midline.
. Negative Battle/Raccoon sign.
No c/o of diplopia. EOMS intact. PERLA. Fundi benign.
NECK: supple. No C-Spine tender.
LUNGS: CTA
MOTOR: negative.
NEURO: nonfocal except as noted.    XRAY: Facial bones. Sinus fullness on the left. Likely maxillary fracture.
Reviewed with ED physician.

**DIAGNOSIS:** Left facial fracture-maxillary.
Dentition intact.
 Lesser orbital nerve sensation loss. No motor loss.

The following medications were given to the patient at discharge: none
TD was given per nursing.

The following prescriptions were given to the patient:  none
 Patient was discharged home.  The patient is well appearing upon discharge, appearing in no apparent distress.
Return is advised if condition worsens in any way.
Printed instructions given for care as written. ENT reevaluation to be arranged by patient. Patient is also strongly advised re: head injury warnings. Call if visual changes, fever chills or concerns. Bacitracin to abrasions.

Copy of chart was faxed to Dr. Mark Haberman and Dr. Daniel Ervin.

Karen M. Fleming NP-C

Mon Oct 14, 2002 1830

Case discussed with Paul Willis , MD who is in agreement with evaluation and treatment as stated above.

Paul Willis , MD

| Date 10/14/02 | Time 1525 | Patient's Name Rivard Mary | DOB 10/24/35 | Age | Sex M F |

| Arrived By: | ☑ Walked ☐ Carried ☐ Wheelchair ☐ Ambulance | Accompanied By: | ☑ Family ☐ Friend ☐ Self ☐ Other | Info Provided By: ☐ Patient ☐ Family ☐ Translator ☐ Other | Language: ☑ English ☐ Other ____ |

**PRE-HOSPITAL CARE** ☐ O₂ ____ ☐ C-COLLAR ☐ SPLINT ☐ OTHER ____
☐ IV #G ____ SITE ____ ☐ BACKBOARD ☐ DRESSING

**IMMUNIZATIONS**
U.T.D Yes / No

**TETANUS**
☐ Under 5 years
☑ Over 5 years
☐ Unknown

**CHIEF COMPLAINT**
**NURSING HISTORY:** Pt. tripped over a bag of cement @ home depot just PTA. Landed on her face - has abrasions # L side of L eye & temple area. Ecchymosis to L side of face. C/o numbness to upper lip "tingling" & L side of face - "feels like I got novacain". No LOC.

**Pain Scale** (0-10, 10 - worst) ___ some discomfort (time of interview) L side of face

**L.M.P.**
Date: ____
☐ Normal ☐ Abnormal
☐ Pregnant
E.D.C.: ____

| VITAL SIGNS | B/P 163/93 | 85 | R | 18 | 522 | PULSE OX | W | VISUAL CORRECTIVE LENSES: YES / NO |

**ALLERGIES** ☑ NKDA

**CURRENT MEDICATIONS** ☐ NONE
Entesta
HCTZ
Metropolal
Lisinopril
ASA 81mg
Dear Diet
Norvasc

**MEDICAL/SURGICAL HISTORY**
☐ No Previous Health Problems
☐ Heart Disease  ☐ Stroke  ☐ G.I.
☐ Angina  ☐ Seizures  ☐ Psychiatric History
☐ HTN  ☐ Kidney Disease
☐ Asthma  ☐ Cancer  ☐ ETOH/Drugs
☐ Lung Disease  ☐ Arthritis
☐ Diabetes  ☐ Hearing Loss  ☐ Smoker

**NUTRITIONAL ASSESSMENT**
Appetite: ☐ Good, unchanged ☐ Decreased ☐ Poor

**ABUSE ASSESSMENT:** Pt. at risk for
Neglect/Violence/IPV ☐ Yes ☐ No

**NURSING INTERVENTION**
☐ N/A ☐ Ice ☐ Splint ☐ Dressing ☐ Emotional Support
☐ Other ____
☐ X-Ray ____ ☐ Lab ____

**TRIAGE CLASS**
☐ Emergent ☐ Urgent ☑ Non-Urgent

Triage Nurse Signature _Kathy Mahoney RN_

Form No. FM 8755 (REV 9/01)

**RESPIRATORY**

**AIRWAY**  **BREATH SOUNDS**
☑ Patent  R  L
☐ Cough  ☐ Clear  R  L
☐ Dyspnea  ☐ Rales
☐ Other  ☐ Wheezes
____  ☐ Diminished

**CIRCULATORY**
**PULSE** ☑ Regular ☐ Irregular
**SKIN COLOR** ☑ Normal
☐ Pale  ☐ Ashen  ☐ Mottled
☐ Cyanotic  ☐ Flushed  ☐ Jaundice
☐ Other ____

**SKIN TEMPERATURE** ☑ Warm ☐ Dry
☐ Hot  ☐ Cool  ☐ Cold  ☐ Moist
☐ Other ____

**MUCOUS MEMBRANE** ☐ Moist ☐ Dry
☐ Unable

**INTEGUMENTARY** N/A
☐ Intact  ☑ Abrasion ☐ Laceration ☐ P.W.
☐ Avulsion ☑ Bruise  ☐ Rash ☐ Burn
Bleeding: ☑ Controlled ☐ Uncontrolled
apon

small abrasion
@ 5th finger @
mcp joint

**EXTREMITIES** N/A
☐ Swelling  ☐ Pain
☐ Deformity  ☐ Distal Pulse
Capillary refill ____

**NEUROLOGIC**
☑ Alert  ☑ Oriented X
☐ Unconscious ☐ Lethargic
☐ Confused

**SPEECH**
☐ Coherent  ☐ Incoherent
☐ Slurred  ☐ Nonverbal
☐ Other

**PUPILS** N/A ☐

Reactive L R  Pinpoint L R
Sluggish L R  Dilated L R
Size L ___ mm R ___ mm

**BEHAVIORAL ASSESSMENT**
☑ Cooperative  ☐ Anxious
☐ Uncooperative  ☐ Depressed
☐ Hostile  ☐ Agitated
☐ Other ____
☐ Unable

**ABDOMINAL** N/A
☑ No Complaints  ☐ Soft  ☐ Rigid
☐ Non-Tender  ☐ Tender
☐ Other ____
Last BM ____

**GU ASSESSMENT** N/A
☑ No Complaints  ☐ Flank Pain
☐ Burning/Frequent  ☐ Hematuria
☐ Incontinent  ☐ Foley to BSD
☐ Other ____  ☐ Pain
☐ Vag. Bleeding

**GENERAL APPEARANCE**
☑ Appropriate Dress for Weather
☐ Healthy  ☐ ILL-Appearing
☐ Obese  ☐ Thin ☐ Frail ☐ Unkempt
☐ Other ____

**NEONATAL/PEDIATRIC** N/A ☑
Age Appropriate Growth/Development
☐ Yes  ☐ No

**COLOR**  **ACTIVITY**
☐ Normal  ☐ Playful ☐ Alert
☐ Pale  ☐ Quiet ☐ Sleeping
☐ Cyanotic  ☐ Fussy ☐ Lethargic

**CRYING QUALITY**
☐ Strong/Normal  ☐ Consolable
☐ Whimpering  ☐ Moaning/Highpitched

## Vital Signs

| Time | | | | | |
|------|--|--|--|--|--|
| Temp. | | | | | |
| B/P | | | | | |
| Pulse | | | | | |
| Resp | | | | | |
| O₂ Sat. | | | | | |
| LPM | | | | | |

## IV Therapy

| | | |
|--|--|--|
| Time_____ | Time_____ | Time_____ |
| Size_____ | Size_____ | Size_____ |
| Site_____ | Site_____ | Site_____ |
| Solution_____ | Solution_____ | Solution_____ |
| RN_____ | RN_____ | RN_____ |

| Time | Medication/Dose | Route | Site | Init | Comment/Response | Time | Initials |
|------|-----------------|-------|------|------|------------------|------|----------|
| 1600 | Td 0.5cc | IM | RD | ✓ | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Nursing Notes

| Time | |
|------|--|
| 1555 | Pt brought to room # 19 . Report given to: Janet _____ Eval. by _____ (MD/PA/NP) Time: _____ |
| | Ambulatory to Rm 9 √ Ice to ® side of face √ |
| 1630 | To xray via w/c Pt had brief nose √ |
| | bleed which was seen by NP √. |
| 1715 | bacitracin oint to abrasions DK'd √ → home √ |

| | INITIAL | SIGNATURE |
|--|---------|-----------|
| | ✓ | Janet Satter... |

| I + O | I: Po_____ IV_____ | O: u/o_____ vom_____ other_____ |

### Readiness To Learn:
☑ Eager to learn/Interested
☐ Disinterested  ☐ Denies need for education

### Knowledge Of Educational Needs/Treatment Plan
☐ None  ☐ Minimal  ☐ Adequate:

### Cultural/Religious Beliefs Affecting Plan Of Care?
☑ None  ☐ Yes, Explain:

### Specific Barriers To Learning
☑ None  ☐ Language  ☐ Reading ability  ☐ Sensory  ☐ Physical  ☐ Psychological    Hx. of Non-compliance  ☐ Y  ☐ N
Interventions:  ☐ C.F. Ref.    ☐ Interpreter    ☐ Other _____

| Discharge / Teaching / Instructions | Time | Response | Initial | Response Key |
|-------------------------------------|------|----------|---------|--------------|
| Head injury sheet | 1730 | V | ✓ | V = Verbalizes instructions |
| NP instructions | | | ✓ | R = Returns demonstration |
| | | | | F - Family/S.O. instructions |

### DISCHARGED
To:  ☑ Home  ☐ NH  ☐ Other _____
Mode:  ☑ Walk  ☐ W/C  ☐ Crutches
☐ Ambulance  ☐ Carried
Time: 1730  With: spouse

### ADMIT
Unit_____
Mode:  ☐ O₂  ☐ Stretcher  ☐ Monitor  ☐ W/C  ☐ RN
Time:_____
Report Given to:_____
☐ Valuables list

### TRANSFER
To: _____
Mode:  ☐ Ambulance  ☐ Car  ☐ Helicopter _____
Accompanied by:  ☐ Family  ☐ Friend
Time Left Dept.:_____
Report Given to:_____
☐ COBRA
☐ Valuables list

### OTHER
☐ AMA  ☐ Expired
☐ COBRA
☐ Restraints
☐ Conscious Sedation
☐ Management of Deceased

***Final Report***

Printed: 10/14/2002  17:16:34

### UMass Memorial

HealthAlliance - Leominster

60 Hospital Road, Leominster, MA 01453

Patient Name:  **RIVARD, MARY**
Account Nbr:  **005006946650**
MRN:  **30-10-73**
DOB:  **10/24/1925**    Sex: F
Phone Nbr:  **(978)466-6991**
Svc:  **LER**

Pt. Class:  EMERGENCY
Order No:  90006
Ordering Dr:  FLEMING, KAREN

Pt NS/Room:
Priority:  STAT
Primary Care Dr:  HABERMAN, MARK L.

---

**DATE OF EXAM:**    Oct 14 2002

**LXR  4602  - XR FACIAL BONES COMPLETE :**        CPT: 70150

**CLINICAL HISTORY:**  INJURY.

**RESULT:**   Four views of the facial bones demonstrate evidence of an air fluid level within the left maxillary sinus. There appears to be a disruption of the lateral wall of the left maxillary sinus. Clinical correlation is needed. The right maxillary sinus is normal as well as the ethmoids and frontal sinuses. An orbital or mandibular fracture is not seen.

**IMPRESSION:**  Evidence of fracture through the posterior lateral wall of the left maxillary sinus with an air fluid level.

**DATE OF EXAM:**   Oct 14 2002

**LXR  4605 - XR MANDIBLE COMPLETE :**        CPT: 70110

**CLINICAL HISTORY:**  INJURY.

**RESULT:**  Three views of the mandible demonstrate no evidence of mandibular fracture.

Interpreting Physician:          WALTERS, GUILLERMO, M.D.
Transcribed by / Date:        JAR on Oct 15 2002 8:51A
Approved Electronically by / Date:      WALTERS, GUILLERMO, M.D.  Oct 15 2002  9:51A

Distribution: Attending      WILLIS, PAUL
            PCP        HABERMAN, MARK L.

Imaging Services Consultation    NAME: RIVARD, MARY        Acct #: 005006946650    MR#: 30-10-73
Medical Records Copy

# HEAD INJURY

You have suffered a head injury, and even though you are being allowed to go home, a relative or friend should stay with you, and you both should read the following instructions:

During the first 24 hours:

1. Eat and drink very little. Clear liquids are best if your stomach is upset.

2. Drink no alcoholic beverages.

3. Relax in bed if possible. No school for children; no work for adults. Do not exert yourself in any way.

4. No sedatives or sleeping pills.

5. Do not drive a car or operate tools and instruments which could harm you if you were not alert.

6. Try to nap or sleep with the head elevated on at least one or two pillows. Do not sleep flat.

7. If the patient had previously lost consciousness ("passed-out") following injury, we advise that they not be allowed to sleep for periods longer than two hours without being aroused. They should not be left alone.

8. Avoid Aspirin or compounds containing Aspirin. Use acetaminophen (Tylenol) instead.

If any of these symptoms appear, call your doctor or return to the Emergency Department immediately:

1. Persistent nausea or vomiting (more than twice).

(over)

# HELP YOUR INJURY HEAL! *Please follow these directions!*

Prepared by:

MASSACHUSETTS CHAPTER
AMERICAN COLLEGE OF
EMERGENCY PHYSICIANS
792 South Main Street, Suite 208 • Mansfield, MA 02048-3109 • 508-339-5759

990 MASS ACEP

2.   Confusion, unusual drowsiness or loss of memory.
3.   Dizziness, trouble walking or staggering gait.
4.   Convulsions or seizures ("fits"). These are twitching or jerking movements of either the eyes, arms, legs or body.
5.   Pupils of unequal size. The pupil is the dark center portion of the eye.
6.   A severe headache or a headache that is worsening or persistent.
7.   Personality changes.
8.   Weakness or trouble with the use of arms or legs; or areas of skin numbness.
9.   Unconsciousness or fainting.
10.  Stiff neck or fever.
11.  Visual disturbances including blurring of vision and double vision.
12.  Unusual sounds in the ear(s), such as ringing.
13.  Bleeding or clear liquid drainage from the ears or nose.
14.  Difficulty speaking or slurred speech.
15.  Excessive sleepiness or difficulty rousing the patient from sleep.
16.  Developing shortness of breath or difficulty breathing.
17.  Any unusual or abnormal symptoms.

It is important that you report to your follow-up doctor for any new or remaining problems following your head injury. It is not uncommon for patients to have persistent or recurring headaches following their head injury, however, these patients and patients who have remaining difficulties should be followed either by their own physician or a follow-up doctor.

Should you have any questions or difficulties, do not hesitate to contact your own physician or return to the Emergency Department.