UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY RIVARD,<br>    Plaintiff,<br><br>v.<br><br>HD DEVELOPMENT OF MARYLAND, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.:<br>     04-40247 FDS |

**STIPULATION TO SUBSTITUTE
THE CORRECT DEFENDANT**

The parties to this action stipulate that the correct name of the defendant is Home Depot USA, Inc., not HD Development of Maryland, Inc. and that Home Depot USA, Inc. controlled the premises at issue at the time the plaintiff alleges she was injured. The parties request that the Court endorse this stipulation to substitute Home Depot USA, Inc. as the properly named defendant on all pleadings, motions and filings in the present action.

| | |
|---|---|
| HOME DEPOT USA, INC.<br>By its Attorneys,<br><br>_____<br>Brian P. Voke (BBO#: 544327)<br>Christopher A. Callanan (BBO#: 630649)<br>Campbell Campbell Edwards & Conroy<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 | Mary Rivard, et al.<br>By his Attorney,<br><br>_____<br>John L. Roncone, III (BBO# 559944)<br>Roncone Law Offices, P.C.<br>142 Main Street<br>Leominster, MA 01453 |