COMMONWEALTH OF FEDERAL

WORCESTER, SS.                          UNITED STATES DISTRICT COURT
                                        CIVIL ACTION NO#: 04-40247

MARY RIVARD,                       )
                 Plaintiff,        )
vs.                                ) PLAINTIFF'S DISCLOSURE OF EXPERT
                                   ) WITNESS
HOME DEPOT U.S.A., INC.,           )
                                   )
                 Defendant         )

     NOW comes Plaintiff in the above captioned matter and herein discloses the identity of her expert witness as follows:

     Name: John Robert Bogdasarian, M.D., F.A.C.S
     Business Address: 33 Electric Avenue
                         Fitchburg, MA 01420
                         (978) 342-1200

     Please see Plaintiff Expert's Curriculum Vitae attached hereto as Exhibit A.

                                            Respectfully submitted,
                                            Mary Rivard,
                                            By her attorney,

                                            John L. Roncone, III
                                            BBO#: 559944
                                            RONCONE LAW OFFICES, P.C.
                                            142 Main Street
                                            Leominster, Massachusetts 01453

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for each party by mail/hand

Dated: 12/1/05

**EXHIBIT A**

**PLAINTIFF'S EXPERT WITNESS'S CURRICULUM VITAE**



**CENTRAL MASSACHUSETTS OTOLARYNGOLOGY**

ASSOCIATES:
JOHN R. BOGDASARIAN, M.D., F.A.C.S.
JEFFREY C. ROACH, M.D.
JAMES P. HUGHES, M.D.

AUDIOLOGISTS:
ANNE MANNEY, CCC-A
MIDORI WAKABAYASHI, CCC-A

33 Electric Avenue
Fitchburg, MA 01420
Tel: (978) 342-1200
Fax: (978) 345-8014

190 Groton Road
Ayer, MA 01432
Tel: (978) 772-4113
Fax: (978) 772-2135

Athol Clinic
2033 Main Street
Athol, MA 01331
Tel: (978) 249-3511 x292
Fax: (978) 249-4825

## *CURRICULUM VITAE*

| | |
|---|---|
| **NAME:** | John Robert Bogdasarian, M.D., F.A.C.S |
| **DATE OF BIRTH:** | 8/24/44 |
| **BIRTHPLACE:** | New York City, New York |
| **CURRENT ADDRESS:** | 100 Flat Rock Road<br>Fitchburg, MA 01420 |
| **BUSINESS ADDRESSES:** | 33 Electric Avenue<br>Fitchburg, MA 01420<br>(978) 342-1200<br>FAX- (978) 345-8014<br><br>190 Groton Road<br>Ayer, MA 01432<br>(978) 772-4113 |
| **FATHER:** | Robert Michael Bogdasarian, M.D.<br>(deceased 11/10/93) |
| **MOTHER:** | Carol Cecile Spahr Bogdasarian |
| **SIBLINGS:** | Ronald Spahr Bogdasarian, M.D. F.A.C.S.<br>Michael Allen Bogdasarian, M.D. F.A.C.S.<br>Barbara Bogdasarian Haydon |
| **MARITAL STATUS:** | Married<br>Sophia Despina Xenelis Bogdasarian<br>9/15/79 |

OTOLOGY · HEAD AND NECK MEDICINE AND SURGERY · FACIAL TRAUMA SURGERY

John Robert Bogdasarian, M.D., F.A.C.S.

**CURRICULUM VITAE** – Page 2

| | |
|---|---|
| **CHILDREN:** | Robert Michael Bogdasarian (3/21/83) |
| | Alexander John Bogdasarian (10/1/84) |
| | Ronald Nicholas Bogdasarian (10/5/86) |
| | Michael Andrew Bogdasarian (6/4/88) |
| **OCCUPATION:** | Otolaryngologist – Head and Neck Surgeon |
| | Montachusett Head and Neck Surgery- 1978-1985 |
| | Central Massachusetts Otolaryngology- 1985-present |

**EDUCATION:**

| | |
|---|---|
| High School: | The Loomis School, Windsor, CT (1962) |
| College: | Harvard College, Cambridge, MA (1966-B.A.) |
| Medical School: | Columbia College of Physicians and Surgeons (1970-M.D.) |

| | |
|---|---|
| **MILITARY:** | Massachusetts Army National Guard, completed March, 1977 – honorable discharge-Lt. Colonel |

**MEDICAL TRAINING:**

| | |
|---|---|
| Internship: | University Hospital, Boston, MA (Surgery)-1970-1971 |
| Residency: | University Hospital, Boston, MA (Surgery)-1971-1975 |
| | University Hospital, Boston, MA (Otolaryngology – Head And Neck Surgery)-1975-1978 |

**HONORS:**

- Who's Who In The East — 1990-present
- Physicians Recognition Award (AMA) — 1980-present
- Cum laude graduation –Harvard College — 1966
- Cum laude with distinction- The Loomis School — 1962
- American Field Service Scholarship to Denmark — 1961
- Yale Club Of Hartford Book Award — 1962

John Robert Bogdasarian, M.D., F.A.C.S.

CURRICULUM VITAE – page 3

- Certificate of Appreciation, American Cancer Society     1981
- Certificate of Appreciation, Burbank Hospital Speech And Hearing Department     1985
- Who's Who in America     1990-present
- People's Choice Award, Burbank Hospital     1992

## CERTIFICATIONS:

- American Board Of Surgery     1976 (expired 1986)
- American Board Of Otolaryngology- Head and Neck Surgery 1978

## SOCIETIES AND MEMBERSHIPS:

- American Medical Association
- Massachusetts Medical Society
- Worcester North District Medical Society
- American Academy of Otolaryngology –Head and Neck Surgery
- New England Otolaryngologic Socity
- Past President- Montachusett Division, American Cancer Society
- Armenian-American Medical Society
- Member, Harvard Club of Boston
- Member, Harvard Club of Worcester
- Member, Harvard Speaker's Club
- Member, The Fay Club, Fitchburg, MA
- Member, Harvard Hasty Pudding Society
- Member, Oak Hill Country Club, Fitchburg, MA
- American College of Surgeons
- Central Massachusetts Striders
- North Medford Track Club
- Pan American Association of Otolaryngology
- Member, Columbia University Club of New England
- Member, New York Road Runners Club
- Board Of Directors, Massachusetts Society of Otolaryngology (2001-2002)

John Robert Bogdasarian, M.D., F.A.C.S.

CURRICULUM VITAE- Page 4

### HOSPITAL STAFF APPOINTMENTS:

- Active staff, Healthalliance Hospital Burbank Campus, Fitchburg, MA (President of Medical/Dental Staff- 19986-1988)
- Active staff, Healthalliance Hospital Leominster Campus, Leominster, MA
- Active staff, Nashoba Valley Medical Center, Ayer, MA
- Courtesy staff, Heywood Hospital, Gardner, MA
- Courtesy staff, Athol Memorial Hospital, Athol, MA
- Attending staff, Boston Veterans Administration Hospital, Jamaica Plain, Boston, MA (1985-1992)
- Clinical Associate Professor, Department of Otolaryngology, Boston University Medical School
- Faculty Affiliate, Department of Otolaryngology, University of Massachusetts Medical School

### COMMUNITY SERVICE:

- Development Committee, Applewild School – 1998
- American Field Service Volunteer – 1990
- Chairman, Professional Division, Development Committee, Applewild School – 1988-1993
- Board of Trustees, Applewild School – 1992-1997
- Marketing Committee, Applewild School, 1993
- Board of Directors, Massachusetts Society of Otolaryngology

### PUBLICATIONS:

Bogdasarian, et.al., "A Sliding Chest Wall Flap For The Management Of Advanced Laryngeal Carcinoma" – Presented at the annual meeting of The American Society For Head And Neck Surgery, Los Angeles, CA, April 4, 1979, and published in <u>Laryngoscope</u>, April, 1981