UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY RIVARD,_____
                   Plaintiff(s)

       V.

HOME DEPOT U.S.A., INC.,_____
                   Defendant(s)

CIVIL ACTION

NO. 04-40247-FDS_____

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE  SAYLOR

SWARTWOOD, C.M.J.

On January 27, 2006     I held the following ADR proceeding:

    ____ EARLY NEUTRAL EVALUATION     _X_ MEDIATION
    ____ MINI-TRIAL                         ____ SUMMARY JURY TRIAL
    ____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were present in person or by authorized corporate officer [except _____].

The case was:

[x]    Settled.  Your clerk should enter a  45  day order of dismissal.

[ ]    There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:
    _____
    _____

January 27, 2006_____                /s/Charles B. Swartwood, III_____
      DATE                                        CHARLES B. SWARTWOOD, III
                                                 UNITED STATES CHIEF MAGISTRATE JUDGE

(adrrpt. - 01/96)                                                                         [adrrpt.]