UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rivard,
      Plaintiff(s),

V.

CIVIL ACTION

NO. 04-40247-FDS

Home Depot,
      Defendant(s),

SETTLEMENT ORDER OF DISMISSAL

Saylor, D. J.

    The Court having been advised on   January 27, 2006   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty five (45) days if settlement is not consummated.

By the Court,

  February 1, 2006  
Date

/s/ Martin Castles
Deputy Clerk