UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY RIVARD,<br><br>　　Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>　　Defendant. | CIVIL ACTION NO.:<br>04-40247 FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate pursuant to Fed. R. Civ. P. 41(a) that this action be dismissed with prejudice and without costs to any party.

| | |
|---|---|
| HOME DEPOT USA, INC.<br>By its Attorneys,<br><br>_/s/ James M. Campbell_<br>James M. Campbell (BBO# 541882)<br>Christopher A. Callanan (BBO# 630649)<br>Campbell Campbell Edwards & Conroy, P.C<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 | Mary Rivard, et al.<br>By her Attorney,<br><br>_/s/ John L. Roncone_<br>John L. Roncone, (BBO# 426660)<br>Roncone Law Offices, P.C.<br>142 Main Street<br>Leominster, MA 01453<br>(978) 534-2444 |